# EXHIBIT A

US007779424B2

(12) **United States Patent**
Cherkasova et al.

(10) Patent No.: **US 7,779,424 B2**
(45) Date of Patent: *Aug. 17, 2010

(54) **SYSTEM AND METHOD FOR ATTRIBUTING TO A CORRESPONDING VIRTUAL MACHINE CPU USAGE OF AN ISOLATED DRIVER DOMAIN IN WHICH A SHARED RESOURCE'S DEVICE DRIVER RESIDES**

(75) Inventors: **Ludmila Cherkasova**, Sunnyvale, CA (US); **Robert D. Gardner**, Fort Collins, CO (US)

(73) Assignee: **Hewlett-Packard Development Company, L.P.**, Houston, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1069 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/070,674**

(22) Filed: **Mar. 2, 2005**

(65) **Prior Publication Data**
US 2006/0200821 A1   Sep. 7, 2006

(51) Int. Cl.
G06F 3/00 (2006.01)
G06F 9/455 (2006.01)
G06F 15/173 (2006.01)

(52) U.S. Cl. .......................... **719/321**; 718/1; 709/223
(58) Field of Classification Search ................ 719/321; 718/1; 717/127; 709/223
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,408,617 A * | 4/1995 | Yoshida | ....................... | 719/319 |
| 5,675,762 A | 10/1997 | Bodin et al. | | |
| 5,745,837 A * | 4/1998 | Fuhrmann | .................... | 725/114 |
| 6,463,352 B1 | 10/2002 | Tadokoro et al. | | |
| 7,082,598 B1 * | 7/2006 | Le et al. | ....................... | 717/127 |
| 7,093,004 B2 * | 8/2006 | Bernardin et al. | ........... | 709/219 |
| 7,225,441 B2 * | 5/2007 | Kozuch et al. | .................. | 718/1 |
| 7,272,831 B2 * | 9/2007 | Cota-Robles et al. | .......... | 718/1 |
| 2006/0085784 A1 * | 4/2006 | Traut et al. | ...................... | 718/1 |
| 2007/0130566 A1 * | 6/2007 | van Rietschote et al. | ....... | 718/1 |

OTHER PUBLICATIONS

Ross, MSci Project Proposal Network Router Resource Virtualisation, Dec. 17, 2004.*
Joshua, Unmodified Device Driver Reuse and Improved System Dependablility via Virtual Machine, Dec. 2004.*
"XEN The XEN virtual machine monitor", University of Cambridge, [online] [Retrieved on Feb. 21, 2005] 1 page. Retrieved from: cl.cam.ac.uk/Research/SRG/netos/xen/downloads.html.

(Continued)

*Primary Examiner*—Lechi Truong

(57) **ABSTRACT**

According to at least one embodiment, a method comprises observing communication from a virtual machine (VM) to an isolated driver domain. The method further comprises determining, based on the observed communication, CPU utilization of the isolated driver domain that is attributable to the VM. According to at least one embodiment, a system comprises a Central Processing Unit (CPU), Virtual Machines (VMs), and a first isolated driver domain in which a first device driver for a first shared resource resides, wherein the first isolated driver domain is operable to receive requests from the VMs for access to the first shared resource. The system further comprises a CPU utilization monitor operable to determine an amount of CPU utilization of the first isolated driver domain in processing the received requests that is attributable to a VM requesting access to the first shared resource.

**25 Claims, 4 Drawing Sheets**



US 7,779,424 B2

Page 2

## OTHER PUBLICATIONS

Kallahalla, M. et al., "SoftUDC: A Software-Based Data Center for Utility Computing", 2004 IEEE, Published by the IEEE Computer Society, pp. 38-46.
Barham, P. et al., "Xen and the Art of Virtualization", University of Cambridge Computer Laboratory, SOSP Oct. 19, 2003, 14 pages.
Fraser, K. et al., "Reconstructing I/O", a Technical Report, Aug. 2004 [online] Retrieved from: cl.cam.ac.uk/TechReports/UCAM-CL-TR-596.pdf, 16 pages.

* cited by examiner



FIG. 1



FIG. 2

FIG. 5



FIG. 4



FIG. 3



FIG. 6

# SYSTEM AND METHOD FOR ATTRIBUTING TO A CORRESPONDING VIRTUAL MACHINE CPU USAGE OF AN ISOLATED DRIVER DOMAIN IN WHICH A SHARED RESOURCE'S DEVICE DRIVER RESIDES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is related to concurrently filed and commonly assigned U.S. patent application Ser. No. 11/070,602, entitled "SYSTEM AND METHOD FOR ATTRIBUTING CPU USAGE OF A VIRTUAL MACHINE MONITOR TO A CORRESPONDING VIRTUAL MACHINE", filed on Mar. 2, 2005; and U.S. patent application Ser. No. 11/070,605, entitled "SYSTEM AND METHOD FOR ATTRIBUTING TO A CORRESPONDING VIRTUAL MACHINE CPU USAGE OF A DOMAIN IN WHICH A SHARED RESOURCE'S DEVICE DRIVER RESIDES", filed on Mar. 2, 2005, the disclosures of which are hereby incorporated herein by reference.

## FIELD OF THE INVENTION

The below description is related generally to monitoring of resource utilization, and more particularly to attributing CPU usage of an isolated driver domain in which a shared resource's device driver resides to a corresponding virtual machine that caused such CPU usage by the isolated driver domain.

## DESCRIPTION OF RELATED ART

Traditionally, general-purpose operating systems assume that they have complete control of a system's physical resources. The operating system ("OS") thus assumes responsibility for such system management as allocation of physical resources, communication, and management of external storage, as examples. Virtualization changes this assumption of sole responsibility by a single OS for management of the system. Similar to the way that a general-purpose OS presents the appearance to multiple applications that each has unrestricted access to a set of computing resources, a virtual machine manages a system's physical resources and presents them to one or more OSs, thus creating for each OS the illusion that it has full access to the physical resources that have been made visible to it.

The current trend toward virtualized computing resources and outsourced service delivery has caused interest to surge in Virtual Machine Monitors (VMMs) that enable diverse applications to run in isolated environments on a shared hardware platform. A VMM is a layer of software that runs on a host platform and provides an abstraction of a complete computer system to higher-level software. That is, a VMM, which may also be referred to as a "hypervisor," is a software layer that virtualizes the available resources of a computer and multiplexes them among one or more guest OSs on the computer system. Many such VMMs are available in the art, such as the VMM known as Vmware™ available from VMware, Inc. An abstraction created by VMM is called a virtual machine (VM). Accordingly, a VMM aids in subdividing the ample resources of a modern computer and creating the illusion of multiple virtual machines each running a separate OS instance.

Typically, VMMs are classified into two groups: 1) "Type I VMMs" that run directly on physical hardware and thus provide an abstraction that is identical to the hardware underneath the VMM, such as IBM's VM/370; and 2) "Type II VMMs" that run as an application on a host operating system, such as user-mode Linux. Type I and Type II machines are available in the art. For instance, VMWare, Inc. provides both types of VMMs. In a traditional Type I VMM, the exposed virtual hardware functionality is identical to the underlying machine. This "full virtualization" has the main benefit of allowing unmodified OSs to be hosted. However, support for full virtualization was never a part of prevalent IA-32 (e.g., x86) architecture, and the efficient virtualization is difficult, i.e., it can be only achieved at the cost of increased complexity and reduced performance.

Several aspects of virtualization make it difficult or slow for a VMM to provide an interface that is identical to the physical hardware. For instance, some architectures include instructions whose behavior depends on whether the CPU is running in privileged or user mode (sensitive instructions), yet which can execute in user mode without causing a trap to the VMM. Virtualizing these sensitive-but-unprivileged instructions generally requires binary instrumentation, which adds significant complexity and may add significant overhead. For example, VMware's ESX Server dynamically rewrites portions of the hosted machine code to insert traps wherever VMM intervention might be required. In addition, emulating I/O devices at the low-level hardware interface (e.g. memory-mapped I/O) causes execution to switch frequently between the guest OS accessing the device and the VMM code emulating the device. To avoid the overhead associated with emulating a low-level device interface, most VMMs encourage or require the user to run a modified version of the guest OS. For example, the VAX VMM security kernel, VMware Workstation's guest tools add special drivers in the guest OS to accelerate the virtualization of some devices.

A new virtualization technique, called paravirtualization, has been recently introduced, that avoids the drawbacks of full virtualization by presenting a virtual model machine abstraction that is similar but not identical to the underlying hardware. This technique provides improved performance, but it also requires modification to the guest OSs, i.e. the commodity system needs to be ported to a paravirtualized environment. Xen™ is an example of a known VMM for x86 based on the paravirtualization technique, which supports execution of multiple guest OSs and that does not require changes to the application binaries interfaces (ABI), and hence no modifications are required to guest applications. Xen is an open source VMM, and the latest stable release of Xen is version 2.0.3. In certain virtualization techniques, device drivers for shared resources are located in a privileged management domain, and thus to access those shared resources the virtual machines communicate with such privileged management domain. Further, in certain virtualization techniques, device drivers for shared resources are located in an isolated driver domain to improve dependability, maintainability, and manageability of the shared resources.

For various reasons, including without limitation management of resource allocation, it is often desirable to monitor the CPU utilization that is attributable to each of the virtual machines (VMs) that may be implemented on a system. Traditional monitoring techniques report the amount of CPU allocated by the scheduler for execution of a particular VM over time. However, this method often fails to reveal the "true" usage of the CPU that is attributable to different VMs.

Thus, a desire exists for a system and method for accurately determining CPU utilization that is attributable to VMs on a system.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** shows an exemplary embodiment of the present invention;

FIG. **2** shows an exemplary operational flow according to one embodiment of the present invention;

FIG. **3** shows a specific exemplary virtualization architecture implementing a CPU utilization monitor in accordance with an embodiment of the present invention;

FIG. **4** shows a logical model of I/O descriptor rings employed for communication between VMs and an isolated driver domain in the exemplary system of FIG. **3**;

FIG. **5** shows an exemplary operational flow according to one embodiment for attributing CPU utilization of an isolated driver domain to corresponding VMs in a virtualization architecture, such as that of FIG. **3**; and

FIG. **6** shows a detailed operational flow diagram for determining CPU utilization to be attributed to each VM in a virtualization architecture, such as that of FIG. **3**, in accordance with one embodiment of the present invention.

DETAILED DESCRIPTION

As described above, virtualization enables resources to be shared between a plurality of VMs. A VMM is a software layer that virtualizes the available resources of a computer system and multiplexes them among one or more guest OSs on the computer system. As used herein, the term guest operating system refers to one of the OSs that the VMM can host, and the term domain refers to a running virtual machine within which a guest OS executes. Thus, the terms virtual machine (VM) and domain are used interchangeably herein. A privileged management domain refers to a domain that manages the creation and/or termination of other guest domains and may manage other parameters, such as CPU scheduling parameters, resource allocation policies, etc. A driver domain refers to a domain in which a device driver for one or more shared resources resides. An isolated driver domain refers to a domain in which a device driver is placed such that failure of the device driver does not interrupt any other domains in the system. An exemplary implementation of an isolated driver domain is described further herein with FIG. **3**. The VMM may be referred to as a hypervisor because it operates at a higher privilege level than the supervisor code of the guest OSs that it hosts. Thus, the terms VMM and hypervisor are used interchangeably herein.

For various reasons, including without limitation management of resource allocation, it is often desirable to monitor the CPU utilization that is attributable to each of the VMs that may be implemented on a system. Traditional monitoring systems typically report the amount of CPU allocated by the scheduler for execution of a particular VM over time. However, this method often fails to reveal the "true" usage of the CPU by different VMs. For instance, in certain virtualization techniques, device drivers for shared resources are located in isolated driver domains, and thus to access those shared resources the VMs communicate with such isolated driver domains. Accordingly, the isolated driver domains use the CPU in processing the access requests received from the VMs. The CPU utilization of the isolated driver domains in servicing the requests of each VM (requesting to access a resource) are not attributed to the corresponding VMs in the traditional technique of monitoring VM CPU utilization (i.e., as those techniques report the amount of CPU allocated to a VM by the scheduler). Thus, the full CPU utilization of the VMs, including the corresponding isolated driver domain CPU utilization, is not determined.

For example, virtualization of input/output (I/O) devices results in an I/O model where the data transfer process involves additional system components, such as an isolated driver domain in which device drivers for the I/O resources reside. Hence, the CPU usage when the isolated driver domain handles the I/O data on behalf of a particular VM should be charged to the corresponding VM. However, simply monitoring the CPU utilization allocated by the scheduler to the corresponding VM fails to account for the CPU utilization of the isolated driver domain in handling the I/O data on behalf of such corresponding VM. Thus, the traditional technique of determining CPU utilization of each VM does not fully capture the CPU utilization attributable to a VM, as it fails to account for the corresponding isolated driver domain CPU utilization that is performed for each VM.

Embodiments of the present invention provide a system and method for attributing to corresponding VMs CPU utilization of an isolated driver domain in which a shared resource's device driver resides. For instance, certain embodiments are provided herein in which a virtualized system has an isolated driver domain that includes a device driver that enables access to shared resources (e.g., I/O resources). Communications between a VM and the isolated driver domain (e.g., the device driver included in the isolated driver domain) are observed and, based on such observed communications, an amount of CPU utilization of the isolated driver domain that is attributable to the VM is determined. Thus, embodiments provided herein monitor communications between a VM and an isolated driver domain, and based on such communications determine an amount of CPU utilization of the isolated driver domain that is attributable to the VM.

In certain embodiments, the monitored communications are requests from a VM requesting access to shared resources, such as I/O resources. In certain embodiments, the monitored communications flow through the VMM. For instance, in certain embodiments, a CPU utilization monitor is implemented in the VMM for observing communications, such as requests for accessing shared resources, that flow from the VM through the VMM to the isolated driver domain.

In a paravirtualized environment, such requests for accessing shared resources may be made from the VM to the VMM or to the isolated driver domain directly. For example, the guest OSs may be adapted to include a virtual device interface for accessing certain resources via the VMM. In other implementations of virtualization, such as in a fully-virtualized environment, the VM may not make a request to the VMM or the isolated driver domain (e.g., the guest OS may not be adapted to communicate with the VMM) but instead the VMM may intercept requests by the VM to access resources and the VMM may forward the requests to the appropriate isolated driver domain. Such intercepted communications are encompassed by the communications between the VM and isolated driver domain described herein, and may be used in certain embodiments for determining the amount of CPU utilization by the isolated driver domain that is attributable to the corresponding VM. Thus, embodiments of the present invention are applicable for determining the amount of CPU utilization of an isolated driver domain that is attributable to each VM implemented on the system, and the embodiments described herein may be employed for any type of virtualization framework, including without limitation full virtualization and paravirtualization frameworks.

Embodiments provided herein monitor communications between a VM and isolated driver domain, and based on such communications determine an amount of CPU utilization of the isolated driver domain that is attributable to the VM. In certain embodiments, the communications monitored are requests from a VM requesting access to shared resources, such as I/O resources. In certain embodiments, the communications between a VM and the isolated driver domain flow through the VMM, and thus logic is implemented in the VMM for monitoring such communications and attributing the CPU utilization of the isolated driver domain to the corresponding VM.

In certain implementations, a plurality of VMs (or "domains") may be implemented on a system, and the VMM may multiplex access to shared resources, such as I/O resources, among the VMs. Further, in certain implementations, device drivers for at least some of the shared resources reside in one or more driver domains, and thus the corresponding driver domain is accessed for accessing those shared resources. In certain embodiments, the driver domains are implemented as isolated driver domains, which isolate failure of a given driver from causing a failure of any other domains (other driver domains, guest domains (e.g., VMs), etc.). That is, as described further below, device drivers are often responsible for failures in an OS, and thus, isolating those device drivers in separate domains that are each dedicated to a given device driver may be desirable for isolating failures. Embodiments of the present invention provide a system and method for attributing CPU utilization of the driver domain in which the device drivers reside to the appropriate VMs (e.g., attribute the domain's CPU utilization to the corresponding VMs that caused the domain CPU utilization). More specifically, embodiments provided herein monitor communications between each of the VMs and the driver domain in which the device drivers reside, and, based on such communications, determine an amount of CPU utilization of the driver domain that is attributable to each of the VMs. Thus, the appropriate amount of the driver domain's CPU utilization that is attributable to servicing requests from a given VM is attributed to such given VM. For instance, if the domain in which a shared resource's device driver resides utilizes the CPU to process a request from a first VM for accessing such shared resource, this CPU utilization of the domain is attributed to the first VM; and if the domain utilizes the CPU to process a request from a second VM for accessing the shared resource, this CPU utilization of the domain is attributed to the second VM.

Further, embodiments of the present invention may be employed for various types of virtualization architectures. Exemplary implementations are described further herein, with reference to FIGS. 3 and 4, in which device drivers that enable access to certain resources (e.g., I/O resources) are placed in an isolated driver domain. Examples of virtualization architectures in which the device drivers are placed in an isolated driver domain include those described by K. Fraser et al. in "Reconstructing I/O", Tech. Report, UCAM-CL-TR-596, August 2004. The concepts presented herein may be employed for other virtualization architectures, as well. For instance, for certain shared resources device drivers may be placed in the VMM, and techniques may be utilized to attribute the CPU utilization of the VMM in processing access requests for those shared resources to the corresponding requesting VM, such as described further in the exemplary embodiments of concurrently filed and commonly assigned U.S. patent application Ser. No. 11/070,602, entitled "SYSTEM AND METHOD FOR ATTRIBUTING CPU USAGE OF A VIRTUAL MACHINE MONITOR TO A CORRESPONDING VIRTUAL MACHINE", filed on Mar. 2, 2005 the disclosure of which is hereby incorporated herein by reference. Further, for certain shared resources device drivers may be placed in a privileged management domain, and techniques may be employed for attributing the CPU utilization of the privileged management domain in processing access requests for those shared resources to the corresponding requesting VM, such as described further in the exemplary embodiments of concurrently filed and commonly assigned U.S. patent application Ser. No. 11/070,605 entitled "SYSTEM AND METHOD FOR ATTRIBUTING TO A CORRESPONDING VIRTUAL MACHINE CPU USAGE OF A DOMAIN IN WHICH A SHARED RESOURCE'S DEVICE DRIVER RESIDES", filed on Mar. 2, 2005, the disclosure of which is hereby incorporated herein by reference.

In certain embodiments, the amount of CPU utilization that is scheduled for a VM is determined, and the amount of CPU utilization of a driver domain in which a shared resource's device driver resides that is attributable to such VM is determined. The scheduled CPU utilization of the VM and the determined CPU utilization of the driver domain that is attributable to the VM are then summed to compute the total CPU utilization of the VM.

Turning to FIG. 1, an exemplary embodiment of the present invention is shown. As shown, computer system 100 has any number "N" of VMs or "domains" $10_1, \ldots, 10_N$ implemented thereon (referred to collectively as VMs 10). Such virtualization may be achieved utilizing any suitable technique now known or later discovered. Within each VM 10, a guest OS is executing, such as guest $OS_1$ $102_1$ in VM $10_1$ and guest $OS_N$ $102_N$ in VM $10_N$. Further, one or more applications may be executing within each VM 10, such as application A 101A in VM $10_1$ and application B 101B in VM $10_N$. VMM 11 is implemented, which is a software layer that virtualizes the available resources of computer system 100 and multiplexes them among the various VMs 10 (e.g., the various guest OSs) on the computer system.

System 100 further includes CPU 12, and various shared resources of which VMM 11 manages access by the various VMs 10. The system's shared resources include I/O resources, such as disk drive 13 (e.g., hard drive, floppy drive, tape drive, optical drive, SCSI interface, IDE, etc.) and network interface 14 (e.g., any of a variety of different network interface cards (NICs) and/or adapters), which enables system 100 to interface to communication network 15 (which may be a local area network (LAN), the Internet or other Wide Area Network (WAN), an intranet, a wireless network, telephony network, any combination of the aforementioned networks, and/or any other communication network now known or later developed within the networking arts which permits two or more computers to communicate with each other). The shared resources may include any number of other resources $16_1, \ldots, 16_N$ to which VMM 11 manages access of the VMs 10, examples of which include without limitation memory (e.g., RAM) and block data storage (e.g., disks).

As described further herein, device drivers for certain ones of the shared resources are placed in driver domains 20 (such as driver domains 20A-20N). In this example, each of the device drivers are arranged in an isolated driver domain 20. More specifically, device driver 104A for supporting access to network interface 14 is arranged in isolated driver domain 20A, which also includes an OS 105A. Device driver 104B for supporting access to disk drive 13 is arranged in isolated driver domain 20B, which also includes an OS 105B. Device driver 104C for supporting access to resource $16_1$ is arranged in isolated driver domain 20C, which also includes an OS 105C, and device driver 104N for supporting access to

resource $16_N$ is arranged in isolated driver domain **20N**, which also includes an OS **105N**. Any number "N" of device drivers may be isolated in separate driver domains in this manner, thus resulting in any number "N" of isolated driver domains **20**. The VMs **10** communicate (e.g., through VMM **11**) to the appropriate driver domain **20** for accessing a given shared resource. For instance, VMs **10** communicate (e.g., through VMM **11**) to driver domain **20A** for accessing network interface **14** and communicate (e.g., through VMM **11**) to driver domain **20B** for accessing disk drive **13**.

By arranging device drivers in isolated driver domains, a failure (or other error) in the drivers does not necessarily result in a failure (or other error) in the other domains. Rather, any problems with a driver can be isolated to its corresponding driver domain.

As described above, VMM **11** is a software layer that is commonly implemented in virtualization architectures, which virtualizes the available resources of computer system **100** and multiplexes them among the various VMs **10**. Thus, to access certain resources, the VMs **10** communicate with the VMM **11** (e.g., either directly, as in a paravirtualized system, or via the VMM intercepting communication of the VMs, as in many fully-virtualized systems). That is, in certain implementations, the system is paravirtualized, in which the guest OS of each VM **10** is adapted in some manner to communicate with VMM **11**. A more specific example of a paravirtualized system is described below with FIG. **3**. In other implementations, the guest OSs may not be so adapted, but instead the VMM **11** may act to intercept certain resource accesses attempted by the guest OSs, in which case embodiments of the present invention may be employed to monitor the intercepted communications just as the communications from a paravirtualized guest OS and the VMM may be monitored.

As also mentioned above, it is often desirable to measure resource utilization by the VMs **10**. Available memory per VM **10** is typically statically allocated during the deployment stage and thus can be directly accounted for. Network and storage bandwidth usage can also be accounted by directly observing the amount of traffic transferred in/out of the particular VM. However, measuring the CPU usage by a particular VM **10** is not a straightforward task. VMM **11** often includes a scheduler that schedules CPU utilization for each of the VMs **10**. As described above, however, monitoring the CPU utilization scheduled for each VM **10** often fails to fully account for all CPU utilization that should be attributed to each VM **10** because it fails to account for the CPU utilization of the driver domains **20** in servicing the corresponding resource access requests of each VM **10**.

Accordingly, embodiments of the present invention implement a CPU utilization monitor **103** that determines, for each of the VMs **10**, a corresponding amount of CPU utilization of a driver domain **20** that is attributable to such VM **10**. More specifically, CPU utilization monitor **103** monitors the communications (e.g., the resource access requests) between each of the VMs **10** and the driver domains **20**, and based on such communications determines an amount of CPU utilization of the driver domains **20** that is attributable to each of the VMs **10**. Again, such monitored communications may be directed from the guest OS of a VM **10** to the VMM **11** and/or the driver domain **20**, as in a paravirtualized environment, or the monitored communications may be resource accesses from a guest OS that are intercepted by the VMM, as in a non-paravirtualized environment (e.g., a fully-virtualized environment), and the VMM may direct to driver domain **20** the access requests for resources whose device drivers reside in such driver domain **20**.

Turning to FIG. **2**, an exemplary operational flow according to one embodiment is shown. In operational block **201**, CPU utilization monitor **103** observes communication from a VM **10** to a driver domain **20** (which may be an isolated driver domain, as illustrated in FIG. **1**). As described further herein, in certain embodiments the communication under observation are resource access requests from the VMs **10** to the driver domain **20** for accessing the shared resource whose device driver resides in such driver domain **20**, such as I/O resource access requests. In operational block **202**, CPU utilization monitor **103** determines, based on the observed communication, CPU utilization of the driver domain **20** that is attributable to the VM **10**. Accordingly, by monitoring the communications from each of the VMs $10_1, \ldots, 10_N$ to the driver domain **20**, CPU utilization monitor **103** is capable of attributing the corresponding amount of CPU utilization of the driver domain **20** for servicing the communications (e.g., access requests) to the appropriate VMs $10_1, \ldots, 10_N$. Thus, in certain embodiments a more accurate accounting of the full CPU utilization of each VM **10** is provided by CPU utilization monitor **103**, wherein such accounting includes both the scheduled CPU utilization for each VM **10** and the corresponding amount of CPU utilization by the driver domain **20** that is attributable to each VM **10**. In certain embodiments, such as described further below with FIGS. **3-5**, the driver domains **20** are isolated driver domains.

Exemplary techniques that may be employed by CPU utilization monitor **103** for determining the CPU utilization of a VM **10**, including the amount of CPU utilization by the driver domain **20** that is attributable to such VM **10**, are described further below. As described further below, in certain embodiments, a light-weight monitoring technique is provided for measuring the CPU usage of different VMs **10**, including the corresponding CPU overhead of the driver domain **20** caused by processing (e.g., I/O processing) on behalf of a particular VM **10**. This monitoring system can be used, as examples, for assistance in billing and/or for a whole variety of management tasks, such as: a) support of policy-based resource allocation; b) admission control of new VMs; c) support for VMs migration; and d) quality of service ("QoS") provisioning of VMs.

Since the virtual machine technology allows different customers to share and utilize the same machine resources, the performance monitoring system provided herein, which accurately attributes the resource usage to different VMs, may be very important for certain management tasks. As one example, a virtual machine architecture, such as the exemplary Xen™ architecture described further below with FIGS. **3-4**, may be used to create isolated virtual clusters out of existing machines in a data center that may be shared across different administrative units in an enterprise. Managing this virtual IT infrastructure and adapting to changing business needs presents a challenging task. In certain implementations of such virtual cluster system, virtual machines (VMs) can be migrated from one physical node to another when the current physical node capacity is insufficient, or for improving the overall performance of the underlying infrastructure. To support these management functions, an accurate monitoring infrastructure for reporting resource usage of different VMs becomes desirable. The CPU utilization monitor described herein may be advantageously employed for use in management of such a system, for example. Of course, embodiments of the CPU utilization monitor described herein may be employed for various types of applications (e.g., billing, resource utilization management, etc.) in any type of virtualized system that may be implemented, and thus is not limited

in application to resource allocation management in the above-mentioned virtual cluster system.

Turning now to FIG. 3, an exemplary virtualization architecture implementing a CPU utilization monitor in accordance with an embodiment of the present invention is shown. More specifically, system **300** implements a known VMM architecture corresponding to that of Xen™ (which is referred to herein as Xen-3), which is a VMM developed for the x86 platform. Of course, such known VMM architecture is adapted to include the CPU utilization monitoring functionality that is operable to attribute CPU utilization of an isolated driver domain to corresponding VMs, as described further below.

Exemplary system **300** includes a privileged management domain **30**, referred to herein as "domain 0" (or "Dom$_0$"), which includes a guest OS (e.g., XenoLinux) **302** and one or more applications executing therein (e.g., control plane software) **301**. System **300** further includes any number "N" of VMs or "domains" $31_1, \ldots, 31_N$ implemented thereon (referred to collectively as VMs or domains **31**). Within each VM **31**, a guest OS is executing, such as guest OS **304A** in VM $31_1$ and guest OS **304B** in VM $31_N$. Further, one or more applications may be executing within each VM **31**, such as application **303A** in VM $31_1$ and application **303B** in VM $31_N$. VMM **32** is implemented, which is a software layer that virtualizes the available resources of computer system **300** and multiplexes them among the various VMs **31**.

Xen-3 **32** is a virtual machine monitor for x86 based on a paravirtualization technique, which supports execution of multiple guest operating systems and does not require changes to the application binaries interfaces (ABI), and hence no modifications are required to guest applications. For more information concerning Xen-3, the reader is directed to K. Fraser, S. Hand, R. Neugebauer, I. Pratt, A. Warfield, M. Williamson. Reconstructing I/O. Tech. Report, UCAM-CL-TR-596, August 2004, the disclosure of which is hereby incorporated herein by reference. Xen-3 development is a result of a relatively new I/O virtualization model which adopts a different virtualization approach towards the I/O devices. Device drivers account for the majority of an operating system's code base, and the reuse of the existing driver infrastructure is a pragmatic requirement of any new OS project. The support of sufficiently wide variety of devices is a tremendous development effort for every OS project. New operating systems should benefit from the existing driver code base. One known and useful technique to reuse binaries drivers is via cohosting. In such an architecture, the processor is multiplexed between two collaborating operating systems with one providing device support.

In the initial design of Xen (see B. Dragovic, K. Fraser, S. Hand, T. Harris, A. Ho, I. Pratt, A. Warfield, P. Barham, and R. Neugebauer. Xen and the Art of Virtualization. In Proceedings of the ACM Symposium on Operating Systems Principles, October 2003), Xen itself contained device driver code and provided safe shared virtual device access. The later version of Xen, (Xen-2, see K. Fraser, et al. Reconstructing I/O. Tech. Report, UCAM-CL-TR-596, August 2004) allows unmodified device drivers to be hosted and executed in the privileged management domain: referred to as "Domain0" or "Dom$_0$".

However, there are additional reasons for developing an alternative, more radical approach and architecture for reuse of legacy device drivers. Recent studies show that device drivers are frequently responsible for operating system failures. For example, a study from Stanford university found that the Linux drivers have 3 to 7 times the bug frequency as the rest of the OS. Similarly, product support calls for Windows 2000 showed that device drivers accounted for 27% of crashes compared to 2% for kernel support. Device drivers can be viewed as a type of kernel extensions, added after the fact. Commercial operating systems are typically extended by loading unsafe object code and linking it directly with the kernel.

To reduce the risk of device misbehavior and to address problems of dependability, maintainability, and manageability of I/O devices, Xen-3 uses the complete original OS itself as the compatibility wrapper for a device driver. The original OS effectively becomes an execution container for the driver. Thus, the exemplary system **300**, includes isolated driver domains ("IDDs") $34_1$ and $34_2$, which include device drivers **311A** and **311B** respectively. In this implementation, the device drivers **311A** and **311B** run unmodified in privileged guest OSs **316A** and **316B**, respectively.

In the illustrated example, device driver **311A** is a device driver supporting access to ethernet ("enet") **314**, and device driver **311B** is a device driver supporting access to SCSI/IDE **315**. Of course, application of the concepts presented herein are not limited to these exemplary device drivers, but rather additional and/or alternative device drivers may be implemented in isolated driver domains in alternative embodiments.

System **300** further includes various shared hardware resources **33**. Use of the hardware resources **33** is shared by the various VMs **31**, wherein VMM **32** manages access to such shared hardware resources **33** by the various VMs **31**. Such shared hardware resources **33** include CPU **312**, physical memory **313**, network interface such as ethernet ("enet") **314**, and Small Computer System Interface (SCSI)/Integrated Drive Electronics (IDE) **315**. VMM **32** virtualizes at least some of the shared resources, thus providing a virtual x86 CPU **307** and virtual physical memory **308**. In addition to exporting virtualized instances of CPU and memory, VMM **32** exposes a control interface **306** to set how these resources are shared between the running domains **31**.

This exemplary Xen virtualization architecture does not completely virtualize the underlying hardware. Instead, it adapts some parts of the hosted guest OSs, such as OSs **304A** and **304B**, to work with the VMM (or "hypervisor") **32**, and thus provides a paravirtualized architecture in which each guest OS is ported to a new target architecture, typically requiring changes in the machine-dependent code. For instance, each guest OS includes virtual device interfaces, such as virtual device interfaces **305A** included in guest OS **304A** of VM $31_1$ and virtual device interfaces **305B** included in guest OS **304B** of VM $31_N$, for communicating requests for access to certain shared hardware resources to the VMM **32** and/or through the VMM **32** to the IDDs $34_1$ and $34_2$. The user-level API of each VM is unchanged, allowing the existing binaries of applications, such as software applications **303A** and **303B**, to work unmodified.

The privileged management domain **30**, "Domain 0," is created at boot time and is permitted to use the control interface **306**. The control interface **306** provides the ability to create and terminate other domains **31**, control the CPU scheduling parameters and resource allocation policies, etc.

Within the single host system **300** there are two levels of interface to a given resource: 1) at the bottom level is the raw physical interface between the IDD (e.g., IDD $34_1$) and the hardware device (resource), and 2) above this is the virtualized interface that is presented to the VMs **31** (e.g., virtualized interfaces **307-308**). These two levels of interfaces, while being logically similar, need not be identical. The devices are shared between guest OSs, and there is only one "real" device driver for each device. To make the sharing work, IDD addi-

tionally includes a "back-end" driver for the hardware device it hosts. All unprivileged guest domains wishing to share the device include a "front-end" driver. Both of these drivers are virtual, they do not talk directly to hardware but are connected together using device channels. I/O data is transferred to and from each domain via the Xen-3 VMM **32**, using shared-memory, asynchronous buffer descriptor rings.

Turning briefly to FIG. **4**, the structure of I/O descriptor rings typically employed by the isolated driver domain ("IDD") of FIG. **3** is shown. FIG. **4** provides a logical model (or representation) of the I/O data handling employed by the IDD **34** of FIG. **3**. I/O descriptor ring **400** is a circular ring (queue) of descriptors with two pairs of producer-consumer pointers, which are allocated by a domain and accessed from within the IDD **34**. Thus, a separate I/O descriptor ring exists for each VM **31** in this exemplary embodiment. Further, for each VM **31**, a separate I/O descriptor ring exists for each shared resource, in this exemplary embodiment. Descriptors do not directly contain I/O data, but instead I/O data buffers are allocated (provided) by the guest OS and indirectly referenced by I/O descriptors. When a request is placed in the descriptor ring **400** by a VM **31**, the request producer pointer is advanced. When a request is removed by the IDD **34**, the request consumer pointer is advanced. Responses are placed back in the similar way. This structure is sufficiently generic to support a number of different device paradigms. Thus, for example, a set of "requests" can provide buffers for network packet reception; subsequent "responses" then signal the arrival of packets into these buffers.

Disk I/O is performed by placing requests in a ring buffer **400** then signaling the IDD **34** to process them. The IDD **34** then replaces the requests with responses and signals their presence to the corresponding guest domain. There is just one I/O ring buffer that is shared among all the virtual disks.

Like disk I/O, network I/O is performed by placing requests in a ring buffer **400** and then signaling the IDD **34** to process them. The IDD **34** then replaces the requests with responses and signals their presence to the corresponding guest domain. Unlike disk I/O, however, there is a separate ring **400** for each virtual network interface the domain can access, and the receive and transmit rings are separated. This makes sense from the standpoint that if the system has one very active interface and one relatively inactive one, it would be undesirable to have requests from the inactive interface interfering with requests from the active one and vice-versa. Each interface operates independently.

To transmit a packet, the guest OS simply enqueues a buffer descriptor onto the transmit ring **400**. The IDD **34** initiates the copying of the descriptor, and Xen-3 VMM **32** enforces any matching filter rules (e.g., to determine whether the operation between the IDD and the VM is allowed). The packet payload is not copied, but rather the scatter-gather DMA is used (with the relevant page frames being pinned until transmission is complete).

To efficiently implement a packet reception, the guest OS exchanges an unused page frame for each packet it receives to avoid copying the packets between the designated IDD and the guest domain. Thus, when a packet is received, the Xen-3 VMM **32** checks the set of receive rules to determine the destination virtual interface, and exchange the packet buffer for a page on the relevant receive ring **400**. When no frame is available, the packet is dropped.

In order to avoid the overhead of copying I/O data to/from the guest VM, the Xen-3 VMM **32** implements the "page-flipping" technique, where the memory page containing the I/O data in the IDD is exchanged with an unused page provided by the guest OS. As described further below, certain embodiments of the present invention actively exploits this feature to observe I/O communications between the guest domains and the IDDs.

The above description of the Xen-3 virtualization architecture and communication model of FIGS. **3** and **4** are intended merely as an example of a known virtualization architecture in which embodiments of the present invention may be employed. Thus, the above-described Xen-3 virtualization architecture of FIGS. **3** and **4** are known in the art, and embodiments of a CPU utilization monitor, such as CPU utilization monitor **103**A, may be employed in such virtualization architecture in the manner described further below. Of course, embodiments of the present invention are not limited to application within the above-described exemplary virtualization architecture. Rather, embodiments of the present invention for attributing to corresponding VMs CPU utilization of an IDD (e.g., driver domain $34_1$ or $34_2$) in which a shared resource's device driver resides may be employed in any virtualization architecture. Further, embodiments of the present invention may be employed within a virtualization architecture that uses any communication scheme between the VMs and the IDD for accessing a shared resource. Thus, embodiments of the present invention are not limited to application within a virtualization architecture that employs the exemplary descriptor ring of FIG. **4** or that employs the above-described page-flipping communication scheme. While the page-flipping scheme is used in the above exemplary virtualization architecture, and thus an exemplary technique is provided below for monitoring such page-flipping communications in order to attribute CPU utilization of the IDD to corresponding VMs **31**, the concepts presented herein may be readily employed with any communication scheme, including without limitation a data copying communication scheme.

The exemplary virtualized system **300** of FIG. **3** is adapted in accordance with one embodiment of the present invention to include CPU utilization monitor **103**A. CPU utilization monitor **103**A is operable to observe communication between the VMs **31** and the IDDs **34**, and determine, based on such observed communication, a corresponding amount of CPU utilization of the IDDs **34** that is attributable to each of the VMs **31** (i.e., CPU utilization monitor **103**A allocates the IDDs' CPU utilization among the various VMs **31** in a fair manner). More specifically, in this example, the communication between the virtual device interfaces **305**A, **305**B of the guest OSs, and the device drivers **311**A and **311**B that are implemented in the IDDs $34_1$ and $34_2$ is monitored by CPU utilization monitor **103**A in order to attribute CPU utilization of the IDDs $34_1$ and $34_2$ to the corresponding VM **31** that caused such CPU utilization.

Turning to FIG. **5**, an exemplary operational flow of CPU utilization monitor **103**A according to one embodiment is shown. In operational block **501**, CPU utilization monitor **103**A observes communication from a VM **31** to device drivers **311** included in an isolated driver domain (IDD) **34**. As described further herein, in certain embodiments the communication observed is resource access requests from the VMs **31** (e.g., from the virtual device interfaces **305**A, **305**B of the guest OSs) to the device driver (e.g., device driver **311**A in IDD $34_1$). In operational block **502**, CPU utilization monitor **103**A determines, based on the observed communication, CPU utilization of the IDD that is attributable to the VM **31**. Accordingly, by monitoring the communications from each of the VMs $31_1, \ldots, 31_N$ to the device driver included in an IDD, CPU utilization monitor **103**A is capable of attributing the corresponding amount of CPU utilization of the IDD (including the CPU utilization of its device driver) that is used

for processing such communications to the appropriate VMs $31_1, \ldots, 31_N$ that caused such processing. Exemplary techniques that may be employed for determining the amount of CPU utilization to be attributed to each VM based on such observed communications are described further below. Accordingly, this exemplary embodiment of the present invention provides a monitoring system that enables more accurate accounting of the CPU used by different guest VMs.

An exemplary technique for determining CPU utilization to be attributed to each VM **31** that may be employed by CPU utilization monitor **103**A in accordance with one embodiment of the present invention is described in further detail below with reference to the flow diagram of FIG. **6**. For explanation of this exemplary technique, let $Dom_0, Dom_1, \ldots, Dom_k$ be virtual machines **31** that share the host system **300**, while $Dom_0$ is a privileged management domain **30**. Also, let $Dom_{idle}$ denote a special idle domain that "executes" on the CPU when there are no other runnable domains (i.e. there is no virtual machine that is not blocked and not idle). $Dom_{idle}$ is analogous to the "idle-loop process" executed by an OS when there are no other runnable processes. Further, let $IDD_1, \ldots, IDD_m$ be isolated driver domains (e.g., privileged virtual machines) that host the real device drivers.

In operational block **61**, the CPU utilization monitor **103**A determines the CPU utilization allocated by the scheduler to each VM **31**. For instance, traditional CPU utilization monitoring systems, such as is provided by VMware and other commercial products, typically measure the amount of CPU utilization allocated by the scheduler for an execution of a particular VM over time. This is a relatively straightforward approach and typically utilizes instrumentation of the CPU scheduler in the VMM **32**. Such an instrumentation results in the following CPU usage recording: $(Dom_{i_1}, t_1, t_2), (IDD_{i_2}, t_3, t_4), (Dom_{i_3}, t_5, t_6), (Dom_{idle}, t_9, t_{10}), \ldots, (IDD_{i_j}, t_j, t_{j+1}), (Dom_{i_k}, t_{n-1}, t_n)$, where the tuple $(Dom_{i_k}, t_{n-1}, t_n)$ means that virtual machine $Dom_{i_k}$ was using the CPU starting at time $t_{n-1}$ and ending at time $t_n$, and similarly $(IDD_{i_j}, t_j, t_{j+1})$ means that isolated driver domain $IDD_{i_j}$ was using the CPU starting at time $t_j$ and ending at time $t_{j+1}$.

A more convenient and detailed data structure that provides a similar functionality keeps such information per guest domain $Dom_i$ (or $IDD_j$), and indicates the state of the domain. At any point of time, guest domain $Dom_i$ (or $IDD_j$) can be in one of the following three states: 1) execution state: domain $Dom_i$ ($IDD_j$) is currently using the CPU; 2) runnable state: domain $Dom_i$ ($IDD_j$) is not currently using the CPU but is on the run queue and waiting to be scheduled for execution on the CPU; or 3) blocked state: domain $Dom_i$ ($IDD_j$) is blocked and is not on the run queue (once unblocked it is put back on the run queue).

For each domain $Dom_i$ (or $IDD_j$), a sequence of data describing the timing of domain state changes is collected as follows:

$Dom_i: (t_1^i, t_2^i, \text{execution}), (t_2^i, t_3^i, \text{runnable}), (t_5^i, t_6^i, \text{execution}), (t_6^i, t_7^i, \text{blocked}), (t_7^i, t_8^i, \text{runnable}),$

By having such a data structure, it is easy to compute a share of CPU which was allocated to $Dom_i$ (or $IDD_j$) over time $T = (T_1, T_2)$:

$$Dom_i^T(CPU) = \sum_{t_i \geq T_t}^{t_2 \leq T_2} (t_1^i, t_2^i, \text{execution})/(T_2 - T_1).$$

Thus, in the exemplary embodiment of FIG. **6**, operational block **61** includes use of the above computation in sub-operational block **601**, in order to determine the CPU allocated by the scheduler to each VM.

In one embodiment of the monitoring system, a time interval T=100 milliseconds (ms) is used to aggregate overall CPU usage across different VMs, i.e. $T_2 = T_1 + 100$ ms. Of course, in alternative embodiment, any other time interval can be used in the monitoring process, and thus embodiments of the present invention are not limited to using the 100 ms time interval.

There is one entity in the system **300** which uses the CPU but is not instrumented directly by this exemplary embodiment: it is the VMM **32**. However, as described further below, the CPU utilization of the VMM **32** can be easily derived in this embodiment of the monitoring system, and such CPU utilization can be fairly allocated to the corresponding VMs. That is, the CPU utilization can be easily derived in this embodiment of the monitoring system for a given time interval $(T_1, T_1+100)$, by computing for how long any $Dom_i$, $Dom_{idle}$, and any $IDD_j$ were scheduled on the CPU for execution. Thus, the share of the CPU attributed to the VMM **32** is a remaining time that is not attributed to any of the VMs **31** and IDDs **34**. In such a way, the share of CPU used by the VMM **32** can be computed as:

$$Dom_{VMM}^T(CPU) = T - \left( \sum_i Dom_i^T(CPU) + Dom_{idle}^T(CPU) \right) - \left( \sum_i IDD_j^T(CPU) \right)$$

Thus we can compute the CPU usage by VMM, $IDD_1, \ldots, IDD_m, Dom_0, Dom_1, \ldots, Dom_k$ and $Dom_{idle}$ over anytime interval.

In such a way, the CPU usage by the VMM, $Dom_0, Dom_1, \ldots, Dom_k$ and $Dom_{idle}$ can be computed over any time interval. However, this method might not reveal the "true" usage of the CPU by different VMs. The reason is that virtualization of I/O devices results in an I/O model where the data transfer process involves additional system components, e.g. the IDDs that "host" device drivers and in such a way support I/O processing. Note that in the exemplary system of FIG. **3** the IDDs $34_1$ and $34_2$ "host" the shared device drivers **311**A and **311**B, respectively, that support I/O processing. Hence, the CPU usage when the IDDs handles the I/O data on behalf of the particular VM **31** should be charged to the corresponding VM **31**.

While it seems to be a well-defined problem, it becomes desirable to provide a light-weight way to accurately instrument all the activities performed by the IDDs, including their respective device drivers (e.g., device driver **311**A of IDD $34_1$ in FIG. **3**), on behalf of the corresponding VMs **31**. A straightforward instrumentation of I/O-related activities in the VMM **32** and the device drivers for explicit accounting of this processing charged to a particular to VM **31** inevitably leads to a heavy-weight monitoring solution with significant overhead of its own.

An embodiment of the present invention provides a light-weight support monitoring system. Thus, instead of instrumenting the low-level OS and device drivers activities, the exemplary approach of an embodiment of the present invention observes the amount of I/O communications per domain, and uses the observed communications for partitioning the CPU usage of IDDs **34** (that host device drivers) across the VMs **31**. Thus, in operational block **62** of FIG. **6**, the CPU utilization monitor **103**A determines, for each VM **31**, an

amount of CPU utilization of the IDDs that is attributable to such VM **31**. As mentioned above, and discussed further below, certain embodiments provide a light-weight monitoring technique, in which the CPU utilization monitor observes the amount of I/O communications with the IDDs per VM, and uses the observed communications for attributing an appropriate amount of the IDDs' CPU usage to each of the VMs **31**.

As mentioned above, in order to avoid the overhead of copying I/O data to/from the guest VM **31**, the Xen VMM **32** implements the "page-flipping" technique, where the memory page containing the corresponding I/O data in IDDs is exchanged with an unused page provided by the guest OS. Thus, in order to account for different I/O related activities in $IDD_j$ (that "hosts" the unmodified device driver), CPU utilization monitor **103**A observes the memory page exchanges between $IDD_j$ and corresponding $Dom_i$ **31**. Thus, in this exemplary embodiment, CPU utilization monitor **103**A, in sub-operational block **602**, measures the number $N_i^{mp}$ of memory page exchanges performed over time interval $T_i$ when $IDD_j$ is in the execution state. In sub-operational block **603**, the CPU cost (CPU time processing) of these memory page exchanges is derived as $Cost_i^{mp}=T_i/N_i^{mp}$. After that, if there are $N_i^{Dom_i}$ memory page exchanges between $IDD_j$ and virtual machine $Dom_i$, then $Dom_i$ is "charged" for $Dom_{i-j}^{T_i}$ $(CPU)=N_i^{Dom_i} \times Cost_i^{mp}$ of CPU time processing of $IDD_j$, in sub-operational block **604**. In this way, the CPU utilization monitor **103**A can partition the CPU time $T_i$ used by $IDD_j$ for processing the I/O-related activities and "charge" the corresponding VM **31** that caused these I/O activities.

Thus, in sub-operational block **605**, the CPU utilization monitor **103**A computes a share of CPU time used by the $IDD_j$ for processing the I/O-related activities on behalf of $Dom_i$ **31** over time $T=(T_1, T_2)$ as:

$$Dom_{i-j}^T(CPU) = \sum_{T_i \in T} \left(Dom_{i-j}^{T_i}(CPU)\right)/(T_2 - T_1),$$

where for any time intervals $T_i=(t_{i_1}, t_{i_2})$ and $T=(T_1, T_2)$, the definition $T_i \in T$ means that $t_{i_1} \geq T_1$ and $t_{i_2} \leq T_2$.

In operational block **63**, the overall CPU utilization attributable to each VM **31** is computed by the CPU utilization monitor **103**A. Let $IDD_1, \ldots, IDD_k$ be isolated driver domains that host device drivers used by domain $Dom_i$. Then, an overall share of CPU utilization which was allocated to $Dom_i$ **31** over time T includes the share of CPU time that is directly allocated by a scheduler (i.e. $Dom_i^T(CPU)$) (as determined in operational block **61**) and the share of CPU time that is used by $IDD_1, \ldots, IDD_k$ for processing the I/O-related activities on behalf of $Dom_i$

$$\left(i.e. \sum_{j=1}^{k} Dom_{i-j}^T(CPU)\right)$$

(as determined in operational block **62**). Thus, the overall CPU utilization of $Dom_i$ is computed in sub-operational block **606** as:

$$Dom_{i-overall}^T(CPU) = Dom_i^T(CPU) + \sum_{j=1}^{k} Dom_{i-j}^T(CPU).$$

As mentioned above, in certain embodiments of the monitoring system, a time interval of 100 ms is used to aggregate overall CPU usage across different VMs. However, in alternative embodiments, any other suitable time interval may be used instead.

The exemplary operational flow of FIG. **6** may be implemented as computer-executable software code that is stored to a computer-readable storage medium, thus implementing CPU utilization monitor **103**A in certain embodiments. Of course, in certain embodiments the operational blocks **61-63** may be performed in any desired manner, and thus are not limited to use of the specific exemplary sub-operational blocks **601-606** described above.

The I/O rings **400** described in FIG. **4** are used for I/O subsystem virtualization in the Xen-3 VMM **32** of the exemplary system **300** of FIG. **3**. All the I/O communications initiated by $Dom_i$ (or destined to $Dom_i$) pass through the VMM **32** on a way from the guest VMs **31** to device drivers in $IDD_j$. Thus, for each $Dom_i$, one can count the number of requests put on all the I/O rings between the $Dom_i$ and $IDD_j$. This may provide an alternative way to implement the monitoring system for observing the amount of I/O traffic processed by $IDD_j$ on behalf of different domains.

Also, as mentioned above, in certain embodiments some method other than the above-described page-flipping technique may be used to implement the I/O communication model in a virtualized environment. For instance, in some implementations, instead of memory page exchanges between the $IDD_j$ and guest domain $Dom_i$, another (e.g., less-efficient) way of copying data between the $IDD_j$ and guest domain $Dom_i$ may be employed. The above-described CPU utilization monitor is readily modifiable to count the number of copies in a similar way as described above for counting the number of memory page exchanges. Thus, the techniques described herein can be readily adapted for use in observing any communication scheme that may be employed between IDDs and guest domains (VMs).

What is claimed is:

1. A method comprising:
   observing communication from plurality of paravirtualized virtual machines (VMs) to driver domains that are isolated from the plurality of VMs, the communication comprising at least one resource request from the plurality of VMs to the driver domains, comprising observing communication from said plurality of VMs requesting access to a shared resource that is accessible by the plurality of VMs, wherein a device driver for said shared resource is arranged in said driver domains; and
   determining, based on said communication between the plurality of VMs and the plurality of driver domains, CPU utilization of said plurality of driver domains attributable to the plurality of VMs, including determining a share of CPU execution attributed to each of the VMs during a predetermined time interval.

2. The method of claim **1** wherein said observing communication comprises:
   observing communication through a virtual machine monitor (VMM).

3. The method of claim 2 wherein said observing communication comprises: observing, by said VMM, said communication.

4. The method of claim 1 wherein said observing communication comprises:
observing memory page exchanges between said plurality of VMs and said driver domains.

5. The method of claim 1 wherein said observing communication comprises:
observing data copying between said plurality of VMs and said driver domains.

6. A method comprising:
a plurality of paravirtualized virtual machines (VMs) communicating with driver domains for accessing a shared resource, wherein a device driver for said shared resource resides in said driver domains and said driver domains are isolated from the VMs, each of the communications comprising the communication of a resource request from one of the plurality of VMs to one of the driver domains;
observing communications from the plurality of VMs that are requesting access to the shared resource; and
determining CPU utilization of each VM based on said observed communication between the plurality of VMs and the plurality of driver domains, wherein said determining includes determining CPU utilization of said driver domain attributable to each of said VMs, including determining a share of CPU execution attributable to said each VM during a predetermined time interval.

7. The method of claim 6 wherein said observing communication from the plurality of the VMs comprises:
observing memory page exchanges between said VMs and said driver domains.

8. The method of claim 6 wherein said observing communication from the plurality of VMs comprises:
observing data copying between said VMs and the driver domains.

9. The method of claim 6 wherein said observing communication from the plurality of VMs comprises:
observing, by a virtual machine monitor (VMM), said communication.

10. The method of claim 6 wherein said determining comprises:
determining, by a virtual machine monitor (VMM), said CPU utilization of each VM.

11. The method of claim 6 wherein said determining CPU utilization of said driver domain attributable to each of said VMs comprises:
determining CPU utilization of said driver domain attributable to a first of said VMs as the CPU utilization of said driver domain performed for processing a resource access request for said first of said VMs.

12. A method comprising:
determining, for each of a plurality of paravirtualized virtual machines (VMs), CPU utilization allocated by a scheduler to each VM, including determining a share of CPU execution attributed to said each VM during a predetermined time interval;
determining, for each of said VMs, an amount of at least one isolated driver domain's CPU utilization attributable to each VM;
observing communication between said VMs and the plurality of driver domains, comprising observing communication from the plurality of VMs that are requesting access to a shared resource that is accessible by the plurality of VMs, wherein a device driver for said shared resource is arranged in said driver domain;
determining, for each of said VMs, total CPU utilization attributable to each VM by summing the determined CPU utilization allocated to the VM by the scheduler and the determined amount of the at least one isolated driver domain's CPU utilization attributable to the VM, including determining, based on said communication, CPU utilization of said plurality of driver domains attributable to each VM, including determining a share of CPU execution attributed to each VM during a predetermined time interval.

13. The method of claim 12 wherein said determining CPU utilization allocated by said scheduler to a VM comprises:

$$\text{computing } Dom_i^T(CPU) = \sum_{t_1 \geq T_1}^{t_2 \leq T_2} (t_1^i, t_2^i, \text{execution})/(T_2 - T_1),$$

wherein i is a variable identifying one of the plurality of VMs, T is a time interval from time $T_1$ to time $T_2$, $Dom_i^T$ (CPU) corresponds to CPU utilization scheduled for VM i of the plurality of VMs for time T, $t_1^i$ corresponds to a time at which VM i is scheduled for execution, and $t_2^i$ corresponds to a time at which VM i is descheduled from execution.

14. The method of claim 12 wherein said determining an amount of the at least one isolated driver domain's CPU utilization attributable to a VM comprises:
measuring a number ($N_i^{mp}$) of memory page exchanges performed between said VM and an isolated driver domain over a time interval ($T_i$), wherein i is a variable identifying one of the plurality of VMs.

15. The method of claim 14 wherein said measuring comprises measuring the number of memory page exchanges performed when the isolated driver domain is in an execution state.

16. The method of claim 15 wherein said determining an amount of the at least one isolated diver domain's CPU utilization attributable to a VM further comprises:
deriving a CPU cost of the memory page exchanges as $Cost_i^{mp} = T_i/N_i^{mp}$.

17. The method of claim 16 wherein said determining an amount of the at least one isolated driver domain's CPU utilization attributable to a VM further comprises:
for $N_i^{Dom_j}$ memory page exchanges between an isolated driver domain $IDD_j$ and VM i, charging VM i for $Dom_{i-j}^{T_i}(CPU) = N_i^{Dom_j} \times Cost_i^{mp}$ of CPU time processing of isolated driver domain $IDD_j$.

18. The method of claim 17 wherein said determining an amount of the at least one isolated driver domain's CPU utilization attributable to a VM further comprises:
computing a share of CPU time used by the isolated driver domain $IDD_j$ for processing resource access activities on behalf of a VM i over time $T=(T_2-T_1)$ as

$$Dom_{i-j}^T(CPU) = \sum_{T_i \in T} \left(Dom_{i-j}^{T_i}(CPU)\right)/(T_2 - T_1).$$

19. The method of claim 18 wherein said at least one isolated driver domain comprises isolated driver domains $IDD_1, \ldots, IDD_k$ that host device drivers used by VM i, further comprising computing an overall CPU utilization of VM i over time T as:

$$Dom_{i-overall}^{T}(CPU) = Dom_{i}^{T}(CPU) + \sum_{j=1}^{k} Dom_{i-j}^{T}(CPU).$$

20. A system comprising:

Central Processing Unit (CPU);

paravirtualized Virtual Machines (VMs);

a first driver domain isolated from the VMs in which a first device driver for a first shared resource resides, said first driver domain operable to receive requests from said VMs for access to said first shared resource; and

a CPU utilization monitor operable to determine an amount of CPU utilization of said first driver domain in processing said received requests that is attributable to a VM requesting access to the first shared resource,

wherein the CPU utilization monitor is adapted to:

  observe communication from each VM that is requesting access to a shared resource that is accessible by the plurality of VMs, wherein a device driver for said shared resource is arranged in said driver domain;

  observe communication between each VM and the plurality of driver domains; and

  determine, based on said communication, CPU utilization of said plurality of driver domains attributable to each VM, including determining a share of CPU execution attributed to each VM during a predetermined time interval.

21. The system of claim 20 further comprising:

a virtual machine monitor (VMM), wherein said CPU utilization monitor is implemented in said VMM.

22. The system of claim 20 further comprising:

a second driver domain isolated from the VMs in which a second device driver for a second shared resource resides, said second driver domain operable to receive requests from said VMs for access to said second shared resource; and

said CPU utilization monitor further operable to determine an amount of CPU utilization of said second driver domain in processing said received requests that is attributable to a VM requesting access to the second shared resource.

23. Computer-executable software code stored to a computer-readable medium, said computer-executable software code comprising:

  code for observing communication between plurality of paravirtualized virtual machines (VMs) and isolated driver domains, the communication comprising at least one resource request from the plurality of VMs to the driver domains, comprising observing communication from said plurality of VMs requesting access to a shared resource that is accessible by the plurality of VMs, wherein a device driver for said shared resource is arranged in said driver domains; and

  code for determining, based on said communication between the plurality of VMs and the plurality of driver domains, CPU utilization of said plurality of driver domains attributable to the plurality of VMs, including determining a share of CPU execution attributed to each of the VMs during a predetermined time interval.

24. The computer-executable software code of claim 23 wherein said code for determining comprises:

  code for determining CPU utilization of said isolated driver domain attributable to said VM as the CPU utilization of said isolated driver domain performed for processing said access request for said VM.

25. The computer-executable software code of claim 23 wherein said code for observing communication comprises:

  code for observing memory page exchanges between said VM and said isolated driver domains.

* * * * *