# EXHIBIT B

US007797707B2

(12) **United States Patent**
Cherkasova et al.

(10) Patent No.: **US 7,797,707 B2**
(45) Date of Patent: *Sep. 14, 2010

(54) **SYSTEM AND METHOD FOR ATTRIBUTING TO A CORRESPONDING VIRTUAL MACHINE CPU USAGE OF A DOMAIN IN WHICH A SHARED RESOURCE'S DEVICE DRIVER RESIDES**

(75) Inventors: **Ludmila Cherkasova**, Sunnyvale, CA (US); **Robert D. Gardner**, Fort Collins, CO (US)

(73) Assignee: **Hewlett-Packard Development Company, L.P.**, Houston, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1321 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/070,605**

(22) Filed: **Mar. 2, 2005**

(65) **Prior Publication Data**
US 2006/0200820 A1    Sep. 7, 2006

(51) Int. Cl.
G06F 3/00 (2006.01)
G06F 9/455 (2006.01)
(52) U.S. Cl. .......................... **719/310**; 718/1
(58) Field of Classification Search ................ 719/321, 719/310; 718/1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,408,617 | A | * | 4/1995 | Yoshida | 719/319 |
| 5,675,762 | A | | 10/1997 | Bodin et al. | |
| 5,745,837 | A | * | 4/1998 | Fuhrmann | 725/114 |
| 6,463,352 | B1 | | 10/2002 | Tadokoro et al. | |
| 7,082,598 | B1 | * | 7/2006 | Le et al. | 717/127 |
| 7,093,004 | B2 | * | 8/2006 | Bernardin et al. | 709/219 |
| 7,225,441 | B2 | * | 5/2007 | Kozuch et al. | 718/1 |
| 7,272,831 | B2 | * | 9/2007 | Cota-Robles et al. | 718/1 |
| 2006/0085784 | A1 | * | 4/2006 | Traut et al. | 718/1 |
| 2006/0085792 | A1 | * | 4/2006 | Traut | 718/100 |
| 2006/0200819 | A1 | | 9/2006 | Cherkasova et al. | |
| 2006/0200821 | A1 | | 9/2006 | Cherkasova et al. | |
| 2007/0130566 | A1 | * | 6/2007 | van Rietschote et al. | 718/1 |

OTHER PUBLICATIONS

Ross, MSci Project Proposal Network Router Resource Virtualisation, Dec. 17, 2004.*
"Xen The Xen Virtual Machine Monitor," University of Cambridge, [online] cl.cam.ac.uk/Research/SRG/ netos/xen/downloads.html, pp. 1-2 (at least as early as Feb. 21, 2005).
P. Barham et al., "Xen and the Art of Virtualization," University of Cambridge Computer Laboratory, SOSP, 14 pages (Oct. 19, 2003).

(Continued)

*Primary Examiner*—Lechi Truong

(57) **ABSTRACT**

According to at least one embodiment, a method comprises observing communication from a virtual machine (VM) to a domain in which a device driver for a shared resource resides. The method further comprises determining, based on the observed communication, CPU utilization of the domain that is attributable to the VM. According to at least one embodiment, a system comprises a Central Processing Unit (CPU), Virtual Machines (VMs), and a domain in which a device driver for a shared resource resides, wherein the domain is operable to receive requests from the VMs for access to the shared resource. The system further comprises a CPU utilization monitor operable to determine an amount of CPU utilization of the domain in processing the received requests that is attributable to each of the VMs.

**39 Claims, 4 Drawing Sheets**



OTHER PUBLICATIONS

K. Fraser et al., "Reconstructing I/O," a Technical Report, [online] cl.cam.ac.uk/TechReports/UCAM-CL-TR-596.pdf, 16 pages (Aug. 2004).

Office Action dated Jan. 29, 2008 from U.S. Appl. No. 11/070,674.

"Xen The Xen virtual machine monitor", University of Cambridge, [online] [Retrieved on Feb. 21, 2005] 1 page Retrieved from: cl.cam.ac.uk/Research/SRG/netos/xen/dow nloads.html.

Kallahalla, M. et al., "SoftUDC: A Software-Based Data Center for Utility Computing", 2004 IEEE, Published by the IEEE Computer Society, pp. 38-46.

Barham, P. et al., "Xen and the Art of Virtualization", University of Cambridge Computer Laboratory, SOSP Oct. 19, 2003, 14 pages.

Fraser, K. et al., "Reconstructing I/O", a Technical Report, Aug. 2004 [online] Retrieved from: cl.cam.ac.uk/TechReports/UCAM-CL-TR-596.pdf, 16 pages.

* cited by examiner

FIG. 1



FIG. 2

FIG. 5



FIG. 4



FIG. 3

*FIG. 6*

61 — 601: DETERMINE CPU ALLOCATED BY THE SCHEDULER TO EACH VM

$$Dom_i^T(CPU) = \sum_{t_1 \geq T_1}^{t_2 \leq T_2}(t_1^i, t_2^i, execution)/(T_2 - T_1)$$

62 — DETERMINE, FOR EACH VM, AN AMOUNT OF CPU UTILIZATION OF THE PRIVILEGED MANAGEMENT DOMAIN ATTRIBUTABLE TO SUCH VM

602: MEASURE THE NUMBER $N_i^{mp}$ OF MEMORY PAGE EXCHANGES PERFORMED OVER TIME INTERVAL $T_i$ WHEN THE PRIVILEGED MANAGEMENT DOMAIN IS IN THE *EXECUTION STATE*

603: DERIVE THE CPU COST (CPU TIME PROCESSING) OF THESE MEMORY PAGE EXCHANGES AS $Cost_i^{mp} = T_i / N_i^{mp}$

604: FOR $N_i^{Dom_i}$ MEMORY PAGE EXCHANGES BETWEEN THE PRIVILEGED MANAGEMENT DOMAIN AND VIRTUAL MACHINE $Dom_i$, $Dom_i$ IS "CHARGED" FOR

$$Dom_{i-0}^{T_i}(CPU) = N_i^{Dom_i} \times Cost_i^{mp}$$

OF CPU TIME PROCESSING OF THE PRIVILEGED MANAGEMENT DOMAIN

605: COMPUTE A SHARE OF CPU TIME USED BY THE PRIVILEGED MANAGEMENT DOMAIN FOR PROCESSING THE I/O RELATED ACTIVITIES ON BEHALF OF $Dom_i$ OVER TIME $T = (T_1, T_2)$:

$$Dom_{i-0}^T(CPU) = \sum (Dom_{i-0}^{T_i}(CPU))/(T_2 - T_1)$$

63 — 606: DETERMINE THE OVERALL CPU UTILIZATION FOR EACH VM

$$Dom_{i-overall}^T(CPU) = Dom_i^T(CPU) + Dom_{i-0}^T(CPU)$$

1

# SYSTEM AND METHOD FOR ATTRIBUTING TO A CORRESPONDING VIRTUAL MACHINE CPU USAGE OF A DOMAIN IN WHICH A SHARED RESOURCE'S DEVICE DRIVER RESIDES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is related to concurrently filed and commonly assigned U.S. patent application Ser. No. 11/070,602, entitled "SYSTEM AND METHOD FOR ATTRIBUTING CPU USAGE OF A VIRTUAL MACHINE MONITOR TO A CORRESPONDING VIRTUAL MACHINE", filed Mar. 2, 2005, U.S. Publication No. 2006/0200819, and Ser. No. 11/070,674, entitled "SYSTEM AND METHOD FOR ATTRIBUTING TO A CORRESPONDING VIRTUAL MACHINE CPU USAGE OF AN ISOLATED DRIVER DOMAIN IN WHICH A SHARED RESOURCE'S DEVICE DRIVER RESIDES", filed Mar. 2, 2005, U.S. Publication No. 2006/0200821, the disclosures of which are hereby incorporated herein by reference.

## FIELD OF THE INVENTION

The below description is related generally to monitoring of resource utilization, and more particularly to attributing CPU usage of a domain in which a shared resource's device driver resides to a corresponding virtual machine that caused such CPU usage by the domain.

## DESCRIPTION OF RELATED ART

Traditionally, general-purpose operating systems assume that they have complete control of a system's physical resources. The operating system ("OS") thus assumes responsibility for such system management as allocation of physical resources, communication, and management of external storage, as examples. Virtualization changes this assumption of sole responsibility by a single OS for management of the system. Similar to the way that a general-purpose OS presents the appearance to multiple applications that each has unrestricted access to a set of computing resources, a virtual machine manages a system's physical resources and presents them to one or more OSs, thus creating for each OS the illusion that it has full access to the physical resources that have been made visible to it.

The current trend toward virtualized computing resources and outsourced service delivery has caused interest to surge in Virtual Machine Monitors (VMMs) that enable diverse applications to run in isolated environments on a shared hardware platform. A VMM is a layer of software that runs on a host platform and provides an abstraction of a complete computer system to higher-level software. That is, a VMM, which may also be referred to as a "hypervisor," is a software layer that virtualizes the available resources of a computer and multiplexes them among one or more guest OSs on the computer system. Many such VMMs are available in the art, such as the VMM known as VMware™ available from VMware, Inc. An abstraction created by VMM is called a virtual machine (VM). Accordingly, a VMM aids in subdividing the ample resources of a modern computer and creating the illusion of multiple virtual machines each running a separate OS instance.

Typically, VMMs are classified into two groups: 1) "Type I VMMs" that run directly on physical hardware and thus provide an abstraction that is identical to the hardware underneath the VMM, such as IBM's VM/370; and 2) "Type II VMMs" that run as an application on a host operating system, such as user-mode Linux. Type I and Type II machines are available in the art. For instance, VMWare, Inc. provides both types of VMMs. In a traditional Type I VMM, the exposed virtual hardware functionality is identical to the underlying machine. This "full virtualization" has the main benefit of allowing unmodified OSs to be hosted. However, support for full virtualization was never a part of prevalent IA-32 (e.g., x86) architecture, and the efficient virtualization is difficult, i.e., it can be only achieved at the cost of increased complexity and reduced performance.

Several aspects of virtualization make it difficult or slow for a VMM to provide an interface that is identical to the physical hardware. For instance, some architectures include instructions whose behavior depends on whether the CPU is running in privileged or user mode (sensitive instructions), yet which can execute in user mode without causing a trap to the VMM. Virtualizing these sensitive-but-unprivileged instructions generally requires binary instrumentation, which adds significant complexity and may add significant overhead. For example, VMware's ESX Server dynamically rewrites portions of the hosted machine code to insert traps wherever VMM intervention might be required. In addition, emulating I/O devices at the low-level hardware interface (e.g. memory-mapped I/O) causes execution to switch frequently between the guest OS accessing the device and the VMM code emulating the device. To avoid the overhead associated with emulating a low-level device interface, most VMMs encourage or require the user to run a modified version of the guest OS. For example, the VAX VMM security kernel, VMware Workstation's guest tools add special drivers in the guest OS to accelerate the virtualization of some devices.

A new virtualization technique, called paravirtualization, has been recently introduced, that avoids the drawbacks of full virtualization by presenting a virtual model machine abstraction that is similar but not identical to the underlying hardware. This technique provides improved performance, but it also requires modification to the guest OSs, i.e. the commodity system needs to be ported to a paravirtualized environment. Xen™ is an example of a known VMM for x86 based on the paravirtualization technique, which supports execution of multiple guest OSs and that does not require changes to the application binaries interfaces (ABI), and hence no modifications are required to guest applications. Xen is an open source VMM, and the latest stable release of Xen is version 2.0.3. In certain virtualization techniques, device drivers for shared resources are located in a privileged management domain, and thus to access those shared resources the virtual machines communicate with such privileged management domain.

For various reasons, including without limitation management of resource allocation, it is often desirable to monitor the CPU utilization that is attributable to each of the virtual machines (VMs) that may be implemented on a system. Traditional monitoring techniques report the amount of CPU allocated by the scheduler for execution of a particular VM over time. However, this method often fails to reveal the "true" usage of the CPU that is attributable to different VMs.

Thus, a desire exists for a system and method for accurately determining CPU utilization that is attributable to VMs on a system.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows an exemplary embodiment of the present invention;

FIG. 2 shows an exemplary operational flow according to one embodiment of the present invention;

FIG. 3 shows a specific exemplary virtualization architecture implementing a CPU utilization monitor in accordance with an embodiment of the present invention;

FIG. 4 shows a logical model of I/O descriptor rings employed for communication between the VMs and the privileged management domain in the exemplary system of FIG. 3;

FIG. 5 shows an exemplary operational flow according to one embodiment for attributing CPU utilization of a privileged management domain to corresponding VMs in a virtualization architecture, such as that of FIG. 3, in which device drivers for shared resources are implemented in the privileged management domain; and

FIG. 6 shows a detailed operational flow diagram for determining CPU utilization to be attributed to each VM in a virtualization architecture, such as that of FIG. 3, in accordance with one embodiment of the present invention.

DETAILED DESCRIPTION

As described above, virtualization enables resources to be shared between a plurality of VMs. A VMM is a software layer that virtualizes the available resources of a computer system and multiplexes them among one or more guest OSs on the computer system. As used herein, the term guest operating system refers to one of the OSs that the VMM can host, and the term domain refers to a running virtual machine within which a guest OS executes. Thus, the terms virtual machine (VM) and domain are used interchangeably herein. A privileged management domain refers to a domain that manages the creation and/or termination of other guest domains and may manage other parameters, such as CPU scheduling parameters, resource allocation policies, etc. The VMM may be referred to as a hypervisor because it operates at a higher privilege level than the supervisor code of the guest OSs that it hosts. Thus, the terms VMM and hypervisor are used interchangeably herein.

For various reasons, including without limitation management of resource allocation, it is often desirable to monitor the CPU utilization that is attributable to each of the VMs that may be implemented on a system. Traditional monitoring systems typically report the amount of CPU allocated by the scheduler for execution of a particular VM over time. However, this method often fails to reveal the "true" usage of the CPU by different VMs. For instance, in certain virtualization techniques, device drivers for shared resources are located in a privileged management domain, and thus to access those shared resources the VMs communicate with such privileged management domain. Accordingly, the privileged management domain uses the CPU in processing the access requests received from the VMs. The CPU utilization of the privileged management domain in servicing the requests of each VM (requesting to access a resource) are not attributed to the corresponding VMs in the traditional technique of monitoring VM CPU utilization (i.e., as those techniques report the amount of CPU allocated to a VM by the scheduler). Thus, the full CPU utilization of the VMs, including the corresponding privileged management domain CPU utilization, is not determined.

For example, virtualization of input/output (I/O) devices results in an I/O model where the data transfer process involves additional system components, such as the privileged management domain in which device drivers for the I/O resources reside. Hence, the CPU usage when the privileged management domain handles the I/O data on behalf of a particular VM should be charged to the corresponding VM. However, simply monitoring the CPU utilization allocated by the scheduler to the corresponding VM fails to account for the CPU utilization of the privileged management domain in handling the I/O data on behalf of such corresponding VM. Thus, the traditional technique of determining CPU utilization of each VM does not fully capture the CPU utilization attributable to a VM, as it fails to account for the corresponding privileged management domain CPU utilization that is performed for each VM.

Embodiments of the present invention provide a system and method for attributing to corresponding VMs CPU utilization of a domain in which a shared resource's device driver resides, such as a privileged management domain. For instance, certain embodiments are provided herein in which a virtualized system has a privileged management domain that includes a device driver that enables access to shared resources (e.g., I/O resources). Communications between a VM and the privileged management domain (e.g., the device driver included in the privileged management domain) are observed and, based on such observed communications, an amount of CPU utilization of the privileged management domain that is attributable to the VM is determined. Thus, embodiments provided herein monitor communications between a VM and a privileged management domain, and based on such communications determine an amount of CPU utilization of the privileged management domain that is attributable to the VM.

In certain embodiments, the monitored communications are requests from a VM requesting access to shared resources, such as I/O resources. In certain embodiments, the monitored communications flow through the VMM. For instance, in certain embodiments, a CPU utilization monitor is implemented in the VMM for observing communications, such as requests for accessing shared resources, that flow from the VM through the VMM to the privileged management domain.

In a paravirtualized environment, such requests for accessing shared resources may be made from the VM to the VMM or to the privileged management domain directly. For example, the guest OSs may be adapted to include a virtual device interface for accessing certain resources via the VMM. In other implementations of virtualization, such as in a fully-virtualized environment, the VM may not make a request to the VMM or the privileged management domain (e.g., the guest OS may not be adapted to communicate with the VMM) but instead the VMM may intercept requests by the VM to access resources and the VMM may forward the requests to the privileged management domain for access of the shared resources for which device drivers reside in such privileged management domain. Such intercepted communications are encompassed by the communications between the VM and privileged management domain described herein, and may be used in certain embodiments for determining the amount of CPU utilization by the privileged management domain that is attributable to the corresponding VM. Thus, embodiments of the present invention are applicable for determining the amount of CPU utilization of a privileged management domain that is attributable to each VM implemented on the

system, and the embodiments described herein may be employed for any type of virtualization framework, including without limitation full virtualization and paravirtualization frameworks.

Embodiments provided herein monitor communications between a VM and privileged management domain, and based on such communications determine an amount of CPU utilization of the privileged management domain that is attributable to the VM. In certain embodiments, the communications monitored are requests from a VM requesting access to shared resources, such as I/O resources. In certain embodiments, the communications between a VM and the privileged management domain flow through the VMM, and thus logic is implemented in the VMM for monitoring such communications and attributing the CPU utilization of the privileged management domain to the corresponding VM.

In certain implementations, a plurality of VMs (or "domains") may be implemented on a system, and the VMM may multiplex access to shared resources, such as I/O resources, among the VMs. Further, in certain implementations, device drivers for at least some of the shared resources reside in a given domain, such a privileged management domain, and thus this domain is accessed for accessing those shared resources. Embodiments of the present invention provide a system and method for attributing CPU utilization of the domain in which the device drivers reside to the appropriate VMs (e.g., attribute the domain's CPU utilization to the corresponding VMs that caused the domain CPU utilization). More specifically, embodiments provided herein monitor communications between each of the VMs and the domain in which the device drivers reside, and, based on such communications, determine an amount of CPU utilization of the domain that is attributable to each of the VMs. Thus, the appropriate amount of the domain's CPU utilization that is attributable to servicing requests from a given VM is attributed to such given VM. For instance, if the domain in which a shared resource's device driver resides utilizes the CPU to process a request from a first VM for accessing such shared resource, this CPU utilization of the domain is attributed to the first VM; and if the domain utilizes the CPU to process a request from a second VM for accessing the shared resource, this CPU utilization of the domain is attributed to the second VM.

Further, embodiments of the present invention may be employed for various types of virtualization architectures. Exemplary implementations are described further herein, with reference to FIGS. 3 and 4, in which device drivers that enable access to certain resources (e.g., I/O resources) are placed in a privileged management domain. Examples of known virtualization architectures in which the device drivers are placed in a privileged management domain include without limitation the Xen™. VMMs commercially known as Xeno versions 2.0 and higher, which are available as of the filing of this application via http://xen.bkbits.net. The concepts presented herein may be employed for other virtualization architectures, as well. For instance, for certain shared resources device drivers may be placed in the VMM, and techniques may be utilized to attribute the CPU utilization of the VMM in processing access requests for those shared resources to the corresponding requesting VM, such as described further in the exemplary embodiments of concurrently filed and commonly assigned U.S. patent application Ser. No. 11/070,602, entitled "SYSTEM AND METHOD FOR ATTRIBUTING CPU USAGE OF A VIRTUAL MACHINE MONITOR TO A CORRESPONDING VIRTUAL MACHINE", filed Mar. 2, 2005, U.S. Publication No. 2006/0200819, the disclosure of which is hereby incorporated herein by reference. Further, for certain shared resources device drivers may be placed in isolated driver domains, and techniques may be employed for attributing the CPU utilization of the isolated driver domains in processing access requests for those shared resources to the corresponding requesting VM, such as described further in the exemplary embodiments of concurrently filed and commonly assigned U.S. patent application Ser. No. 11/070,674, entitled "SYSTEM AND METHOD FOR ATTRIBUTING TO A CORRESPONDING VIRTUAL MACHINE CPU USAGE OF AN ISOLATED DRIVER DOMAIN IN WHICH A SHARED RESOURCE'S DEVICE DRIVER RESIDES", filed Mar. 2, 2005, U.S. Publication No. 2006/0200821, the disclosure of which is hereby incorporated herein by reference.

In certain embodiments, the amount of CPU utilization that is scheduled for a VM is determined, and the amount of CPU utilization of the domain in which a shared resource's device driver resides that is attributable to such VM is determined. The scheduled CPU utilization of the VM and the determined CPU utilization of the domain that is attributable to the VM are then summed to compute the total CPU utilization of the VM.

Turning to FIG. 1, an exemplary embodiment of the present invention is shown. As shown, computer system 100 has any number "N" of VMs or "domains" $10_1, \ldots, 10_N$ implemented thereon (referred to collectively as VMs 10). Such virtualization may be achieved utilizing any suitable technique now known or later discovered. Within each VM 10, a guest OS is executing, such as guest $OS_1$ $102_1$ in VM $10_1$ and guest $OS_N$ $102_N$ in VM $10_N$. Further, one or more applications may be executing within each VM 10, such as application A 101A in VM $10_1$ and application B 101B in VM $10_N$. VMM 11 is implemented, which is a software layer that virtualizes the available resources of computer system 100 and multiplexes them among the various VMs 10 (e.g., the various guest OSs) on the computer system.

System 100 further includes CPU 12, and various shared resources of which VMM 11 manages access by the various VMs 10. The system's shared resources include I/O resources, such as disk drive 13 (e.g., hard drive, floppy drive, tape drive, optical drive, SCSI interface, IDE, etc.) and network interface 14 (e.g., any of a variety of different network interface cards (NICs) and/or adapters), which enables system 100 to interface to communication network 15 (which may be a local area network (LAN), the Internet or other Wide Area Network (WAN), an intranet, a wireless network, telephony network, any combination of the aforementioned networks, and/or any other communication network now known or later developed within the networking arts which permits two or more computers to communicate with each other). The shared resources may include any number of other resources $16_1, \ldots, 16_N$ to which VMM 11 manages access of the VMs 10, examples of which include without limitation memory (e.g., RAM) and block data storage (e.g., disks).

As described further herein, device drivers for certain ones of the shared resources are placed in a domain 20, which may be a privileged management domain. In the illustrated example, device drivers 104 are included in domain 20 for supporting access to disk drive 13, network interface 14, and resources $16_1, \ldots, 16_N$. Accordingly, the VMs 10 communicate (e.g., through VMM 11) to domain 20 for accessing disk drive 13, network interface 14, and/or other shared resources $16_1, \ldots, 16_N$. Domain 20 also includes OS 105.

As described above, VMM 11 is a software layer that is commonly implemented in virtualization architectures, which virtualizes the available resources of computer system

**100** and multiplexes them among the various VMs **10**. Thus, to access certain resources, the VMs **10** communicate with the VMM **11** (e.g., either directly, as in a paravirtualized system, or via the VMM intercepting communication of the VMs, as in many fully-virtualized systems). That is, in certain implementations, the system is paravirtualized, in which the guest OS of each VM **10** is adapted in some manner to communicate with VMM **11**. A more specific example of a paravirtualized system is described below with FIG. **3**. In other implementations, the guest OSs may not be so adapted, but instead the VMM **11** may act to intercept certain resource accesses attempted by the guest OSs, in which case embodiments of the present invention may be employed to monitor the intercepted communications just as the communications from a paravirtualized guest OS and the VMM may be monitored.

As also mentioned above, it is often desirable to measure resource utilization by the VMs **10**. Available memory per VM **10** is typically statically allocated during the deployment stage and thus can be directly accounted for. Network and storage bandwidth usage can also be accounted by directly observing the amount of traffic transferred in/out of the particular VM. However, measuring the CPU usage by a particular VM **10** is not a straightforward task. VMM **11** often includes a scheduler that schedules CPU utilization for each of the VMs **10**. As described above, however, monitoring the CPU utilization scheduled for each VM **10** often fails to fully account for all CPU utilization that should be attributed to each VM **10** because it fails to account for the CPU utilization of the domain **20** in servicing the corresponding resource access requests of each VM **10**.

Accordingly, embodiments of the present invention implement a CPU utilization monitor **103** that determines, for each of the VMs **10**, a corresponding amount of CPU utilization of domain **20** that is attributable to such VM **10**. More specifically, CPU utilization monitor **103** monitors the communications (e.g., the resource access requests) between each of the VMs **10** and the domain **20**, and based on such communications determines an amount of CPU utilization of the domain **20** that is attributable to each of the VMs **10**. Again, such monitored communications may be directed from the guest OS of a VM **10** to the VMM **11** and/or the domain **20**, as in a paravirtualized environment, or the monitored communications may be resource accesses from a guest OS that are intercepted by the VMM, as in a non-paravirtualized environment (e.g., a fully-virtualized environment), and the VMM may direct to domain **20** the access requests for resources whose device drivers reside in domain **20**.

Turning to FIG. **2**, an exemplary operational flow according to one embodiment is shown. In operational block **201**, CPU utilization monitor **103** observes communication from a VM **10** to the domain **20** in which a shared resource's device driver resides (e.g., device driver(s) **104**). As described further herein, in certain embodiments the communication under observation are resource access requests from the VMs **10** to/from the domain **20** for accessing the shared resource whose device driver resides in domain **20**, such as I/O resource access requests. In operational block **202**, CPU utilization monitor **103** determines, based on the observed communication, CPU utilization of the domain **20** that is attributable to the VM **10**. Accordingly, by monitoring the communications between each of the VMs $10_1, \ldots, 10_N$ and the domain **20**, CPU utilization monitor **103** is capable of attributing the corresponding amount of CPU utilization of the domain **20** for servicing the communications (e.g., access requests) to the appropriate VMs $10_1, \ldots, 10_N$. Thus, in certain embodiments a more accurate accounting of the full CPU utilization of each VM **10** is provided by CPU utilization monitor **103**, wherein such accounting includes both the scheduled CPU utilization for each VM **10** and the corresponding amount of CPU utilization by the domain **20** that is attributable to each VM **10**.

Exemplary techniques that may be employed by CPU utilization monitor **103** for determining the CPU utilization of a VM **10**, including the amount of CPU utilization by the domain **20** that is attributable to such VM **10**, are described further below. As described further below, in certain embodiments, a light-weight monitoring technique is provided for measuring the CPU usage of different VMs **10**, including the corresponding CPU overhead of the domain **20** caused by processing (e.g., I/O processing) on behalf of a particular VM **10**. This monitoring system can be used, as examples, for assistance in billing and/or for a whole variety of management tasks, such as: a) support of policy-based resource allocation; b) admission control of new VMs; c) support for VMs migration; and d) quality of service ("QoS") provisioning of VMs.

Since the virtual machine technology allows different customers to share and utilize the same machine resources, the performance monitoring system provided herein, which accurately attributes the resource usage to different VMs, may be very important for certain management tasks. As one example, a virtual machine architecture, such as the exemplary Xen™ architecture described further below with FIGS. **3-4**, may be used to create isolated virtual clusters out of existing machines in a data center that may be shared across different administrative units in an enterprise. Managing this virtual IT infrastructure and adapting to changing business needs presents a challenging task. In certain implementations of such virtual cluster system, virtual machines (VMs) can be migrated from one physical node to another when the current physical node capacity is insufficient, or for improving the overall performance of the underlying infrastructure. To support these management functions, an accurate monitoring infrastructure for reporting resource usage of different VMs becomes desirable. The CPU utilization monitor described herein may be advantageously employed for use in management of such a system, for example. Of course, embodiments of the CPU utilization monitor described herein may be employed for various types of applications (e.g., billing, resource utilization management, etc.) in any type of virtualized system that may be implemented, and thus is not limited in application to resource allocation management in the above-mentioned virtual cluster system.

Turning now to FIG. **3**, an exemplary virtualization architecture implementing a CPU utilization monitor in accordance with an embodiment of the present invention is shown. More specifically, system **300** implements a known VMM architecture corresponding to that of Xen™, which is a VMM developed for the x86 platform. Of course, such known VMM architecture is adapted to include the CPU utilization monitoring functionality that is operable to attribute CPU utilization of a privileged management domain to corresponding VMs, as described further below.

Exemplary system **300** includes a privileged management domain **30**, referred to herein as "domain 0" (or "Dom$_0$"), which includes a guest OS (e.g., XenoLinux) **302** and one or more applications executing therein (e.g., control plane software) **301**. Privileged management domain **30** also includes drivers **311** for certain shared resources, in this illustrated example ethernet ("enet") **314** and SCSI/IDE **315**. System **300** further includes any number "N" of VMs or "domains" $31_1, \ldots, 31_N$ implemented thereon (referred to collectively as VMs or domains **31**). Within each VM **31**, a guest OS is executing, such as guest OS **304**A in VM $31_1$ and guest OS

304B in VM $31_N$. Further, one or more applications may be executing within each VM 31, such as application 303A in VM $31_1$ and application 303B in VM $31_N$. VMM 32 is implemented, which is a software layer that virtualizes the available resources of computer system 300 and multiplexes them among the various VMs 31.

System 300 further includes various shared hardware resources 33. Use of the hardware resources 33 is shared by the various VMs 31, wherein VMM 32 manages access to such shared hardware resources 33 by the various VMs 31. Such shared hardware resources 33 include CPU 312, physical memory 313, network interface such as ethernet ("enet") 314, and Small Computer System Interface (SCSI)/Integrated Drive Electronics (IDE) 315. VMM 32 virtualizes at least some of the shared resources, thus providing a virtual x86 CPU 307 and virtual physical memory 308. In addition to exporting virtualized instances of CPU and memory, VMM 32 exposes a control interface 306 to set how these resources are shared between the running domains 31.

This exemplary Xen virtualization architecture does not completely virtualize the underlying hardware. Instead, it adapts some parts of the hosted guest OSs, such as OSs 304A and 304B, to work with the VMM (or "hypervisor") 32, and thus provides a paravirtualized architecture in which each guest OS is ported to a new target architecture, typically requiring changes in the machine-dependent code. For instance, each guest OS includes virtual device interfaces, such as virtual device interfaces 305A included in guest OS 304A of VM $31_1$ and virtual device interfaces 305B included in guest OS 304B of VM $31_N$, for communicating requests for access to certain shared hardware resources to the VMM 32 and/or through the VMM 32 to the privileged management domain 30. The user-level API of each VM is unchanged, allowing the existing binaries of applications, such as software applications 303A and 303B, to work unmodified.

The privileged management domain 30, "Domain 0," is created at boot time and is permitted to use the control interface 306. The control interface 306 provides the ability to create and terminate other domains 31, control the CPU scheduling parameters and resource allocation policies, etc.

Within the single host system 300 there are two levels of interface to a given resource: 1) at the bottom level is the raw physical interface between the VMM 32 and the hardware device (resource), and 2) above this is the virtualized interface that is presented to the VMs 31 (e.g., virtualized interfaces 307-308). These two levels of interfaces, while being logically similar, need not be identical. By making the existence of the VMM 32 non-transparent, as in paravirtualization, it creates additional opportunities for scheduling and filtering to individual VMs.

In this exemplary architecture, privileged management domain 30 hosts the system device drivers 311 that enable access to certain shared resources. In this specific example, the device drivers 311 enable access to shared I/O resources, such as Ethernet 314 and SCSI/IDE 315. As discussed further in concurrently filed U.S. patent application Ser. Nos. 11/070,602, entitled "SYSTEM AND METHOD FOR ATTRIBUTING CPU USAGE OF A VIRTUAL MACHINE MONITOR TO A CORRESPONDING VIRTUAL MACHINE", filed Mar. 2, 2005, U.S. Publication No. 2006/0200819, and 11/070,674, entitled "SYSTEM AND METHOD FOR ATTRIBUTING TO A CORRESPONDING VIRTUAL MACHINE CPU USAGE OF AN ISOLATED DRIVER DOMAIN IN WHICH A SHARED RESOURCE'S DEVICE DRIVER RESIDES", filed Mar. 2, 2005, U.S. Publication No. 2006/0200821, the device drivers 311 may be implemented in the VMM 32 or in isolated device driver domains in other known virtualization architectures, and the concepts described herein may be employed within any such virtualization architecture for attributing CPU utilization to corresponding VMs.

As mentioned above, rather than emulating existing hardware devices, as is typically done in fully-virtualized environments, this exemplary Xen virtualization architecture exposes a set of clean and simple device abstractions. Thus, I/O data is transferred between each VM 31 and the privileged management domain 30 using shared-memory, asynchronous buffer descriptor rings.

Turning briefly to FIG. 4, the structure of I/O descriptor rings employed for communication between the VMs 31 and the privileged management domain 30 in the exemplary system of FIG. 3 is shown. FIG. 4 provides a logical model (or representation) of the I/O data handling employed by the privileged management domain 30 of FIG. 3. I/O descriptor ring 400 is a circular ring (queue) of descriptors with two pairs of producer-consumer pointers, which are allocated by a domain and accessed from within the privileged management domain 30. Thus, a separate I/O descriptor ring exists for each VM 31 in this exemplary embodiment. Further, for each VM 31, a separate I/O descriptor ring exists for each shared resource, in this exemplary embodiment. Descriptors do not directly contain I/O data, but instead I/O data buffers are allocated (provided) by the guest OS and indirectly referenced by I/O descriptors. When a request is placed in the descriptor ring 400 by a VM 31, the request producer pointer is advanced. When a request is removed by the privileged management domain 30, the request consumer pointer is advanced. Responses are placed back in the similar way. This structure is sufficiently generic to support a number of different device paradigms. Thus, for example, a set of "requests" can provide buffers for network packet reception; subsequent "responses" then signal the arrival of packets into these buffers.

Disk I/O is performed by placing requests in a ring buffer 400 then signaling the privileged management domain 30 to process them. The privileged management domain 30 then replaces the requests with responses and signals their presence by calling an asynchronous event handler. There is just one I/O ring buffer that is shared among all the virtual disks.

Like disk I/O, network I/O is performed by placing requests in a ring buffer 400 and then signaling the privileged management domain 30 to process them. The privileged management domain 30 then replaces the requests with responses and signals their presence by calling an asynchronous event handler.

Unlike disk I/O, however, there is a separate ring 400 for each virtual network interface the domain can access, and the receive and transmit are separated. This makes sense from the standpoint that if the system has one very active interface and one relatively inactive one, it would be undesirable to have requests from the inactive interface interfacing with requests from the active one and vice-versa. Each interface operates independently.

To transmit a packet, the guest OS simply enqueues a buffer descriptor onto the transmit ring 400. The privileged management domain 30 copies the descriptor and, to ensure safety, then copies the header and executes any matching filter rules. The packet payload is not copied, but rather the scatter-gather DMA is used (with the relevant page frames being pinned until transmission is complete).

To efficiently implement a packet reception, the guest OS exchanges an unused page frame for each packet it receives to avoid copying the packets between the privileged management domain 30 and the guest domain. Thus, when a packet is

received, the Xen VMM **32** checks the set of receive rules to determine the destination virtual interface, and exchange the packet buffer for a page on the relevant receive ring **400**. When no frame is available, the packet is dropped.

In order to avoid the overhead of copying I/O data to/from the guest VM, the privileged management domain **30** uses the "page-flipping" technique, where the memory page containing the I/O data in the privileged management domain **30** is exchanged by the Xen VMM **32** with an unused page provided by the guest OS. As described further below, certain embodiments of the present invention actively exploits this feature to observe I/O communications between the guest domains (i.e., the VMs **31**) and the privileged management domain **30**.

The above description of the Xen virtualization architecture and communication model of FIGS. **3** and **4** are intended merely as an example of a known virtualization architecture in which embodiments of the present invention may be employed. Thus, the above-described Xen virtualization architecture of FIGS. **3** and **4** are known in the art, and embodiments of a CPU utilization monitor, such as CPU utilization monitor **103**A, may be employed in such virtualization architecture in the manner described further below. Of course, embodiments of the present invention are not limited to application within the above-described exemplary virtualization architecture. Rather, embodiments of the present invention for attributing to corresponding VMs CPU utilization of a domain **30** in which a shared resource's device driver resides may be employed in any virtualization architecture. Further, embodiments of the present invention may be employed within a virtualization architecture that uses any communication scheme between the VMs and the privileged management domain for accessing a shared resource. Thus, embodiments of the present invention are not limited to application within a virtualization architecture that employs the exemplary descriptor ring of FIG. **4** or that employs the above-described page-flipping communication scheme. While the page-flipping scheme is used in the above exemplary virtualization architecture, and thus an exemplary technique is provided below for monitoring such page-flipping communications in order to attribute CPU utilization of the privileged management domain **30** to corresponding VMs **31**, the concepts presented herein may be readily employed with any communication scheme, including without limitation a data copying communication scheme.

The exemplary virtualized system **300** of FIG. **3** is adapted in accordance with one embodiment of the present invention to include CPU utilization monitor **103**A. CPU utilization monitor **103**A is operable to observe communication between the VMs **31** and the privileged management domain **30**, and determine, based on such observed communication, a corresponding amount of CPU utilization of the privileged management domain **30** that is attributable to each of the VMs **31** (i.e., CPU utilization monitor **103**A allocates the privileged management domain's CPU utilization among the various VMs **31** in a fair manner). More specifically, in this example, the communication between the virtual device interfaces **305**A, **305**B of the guest OSs, and the device drivers **311** that are implemented in the privileged management domain **30** is monitored by CPU utilization monitor **103**A in order to attribute CPU utilization of the privileged management domain **30** to the corresponding VM **31** that caused such CPU utilization.

Turning to FIG. **5**, an exemplary operational flow of CPU utilization monitor **103**A according to one embodiment is shown. In operational block **501**, CPU utilization monitor **103**A observes communication from a VM **31** to device drivers **311** included in the privileged management domain **30**. As described further herein, in certain embodiments the communication observed is resource access requests from the VMs **31** (e.g., from the virtual device interfaces **305**A, **305**B of the guest OSs) to the device drivers **311**. In operational block **502**, CPU utilization monitor **103**A determines, based on the observed communication, CPU utilization of the privileged management domain **30** that is attributable to the VM **31**. Accordingly, by monitoring the communications from each of the VMs $31_1, \ldots, 31_N$ to the device drivers **311** included in privileged management domain **30**, CPU utilization monitor **103**A is capable of attributing the corresponding amount of CPU utilization of the privileged management domain **30** (including the CPU utilization of device drivers **311**) that is used for processing such communications to the appropriate VMs $31_1, \ldots, 31_N$ that caused such processing. Exemplary techniques that may be employed for determining the amount of CPU utilization to be attributed to each VM based on such observed communications are described further below. Accordingly, this exemplary embodiment of the present invention provides a monitoring system that enables more accurate accounting of the CPU used by different guest VMs.

An exemplary technique for determining CPU utilization to be attributed to each VM **31** that may be employed by CPU utilization monitor **103**A in accordance with one embodiment of the present invention is described in further detail below with reference to the flow diagram of FIG. **6**. For explanation of this exemplary technique, let $Dom_0, Dom_1, \ldots, Dom_k$ be virtual machines **31** that share the host system **300**, while $Dom_0$ is a privileged management domain **30**. Also, let $Dom_{idle}$ denote a special idle domain that "executes" on the CPU when there are no other runnable domains (i.e. there is no virtual machine that is not blocked and not idle). $Dom_{idle}$ is analogous to the "idle-loop process" executed by an OS when there are no other runnable processes.

In operational block **61**, the CPU utilization monitor **103**A determines the CPU utilization allocated by the scheduler to each VM **31**. For instance, traditional CPU utilization monitoring systems, such as is provided by VMware and other commercial products, typically measure the amount of CPU utilization allocated by the scheduler for an execution of a particular VM over time. This is a relatively straightforward approach and typically utilizes instrumentation of the CPU scheduler in the VMM **32**. Such an instrumentation results in the following CPU usage recording: $(Dom_{i_1}, t_1, t_2), (Dom_{i_2}, t_3, t_4), (Dom_{idle}, t_5, t_6), \ldots, (Dom_{i_K}, t_{n-1}, t_n)$, where the tuple $(Dom_{i_K}, t_{n-1}, t_n)$ means that virtual machine $Dom_{i_K}$ was using the CPU starting at time $t_{n-1}$ and ending at time $t_n$.

A more convenient and detailed data structure that provides a similar functionality keeps such information per guest domain $Dom_i$, and indicates the state of the domain. At any point of time, guest domain $Dom_i$ can be in one of the following three states: 1) execution state: domain $Dom_i$ is currently using the CPU; 2) runnable state: domain $Dom_i$ is not currently using the CPU but is on the run queue and waiting to be scheduled for execution on the CPU; or 3) blocked state: domain $Dom_i$ is blocked and is not on the run queue (once unblocked it is put back on the run queue).

For each $Dom_i$, a sequence of data describing the timing of domain state changes is collected as follows: $Dom_i$: $(t_1^i, t_2^i,$ execution), $(t_2^i, t_3^i,$ runnable), $(t_5^i, t_6^i,$ execution), $(t_6^i, t_7^i,$ blocked), $(t_7^i, t_8^i,$ runnable), $\ldots$

By having such a data structure, it is easy to compute a share of CPU which was allocated to $Dom_i$ over time $T=(T_1, T_2)$, as follows:

$$Dom_i^T(CPU) = \sum_{t_1 \geq T_1}^{t_2 \leq T_2} (t_1^i, t_2^i, \text{execution})/(T_2 - T_1).$$

Thus, in the exemplary embodiment of FIG. 6, operational block 61 includes use of the above computation in sub-operational block 601, in order to determine the CPU allocated by the scheduler to each VM.

In one embodiment of the monitoring system, a time interval T=100 milliseconds (ms) is used to aggregate overall CPU usage across different VMs, i.e. $T_2=T_1+100$ ms. Of course, in alternative embodiment, any other time interval can be used in the monitoring process, and thus embodiments of the present invention are not limited to using the 100 ms time interval.

There is one entity in the system 300 which uses the CPU but is not instrumented directly by this exemplary embodiment: it is the privileged management domain 30. However, as described further below, the CPU utilization of the privileged management domain 30 can be easily derived in this embodiment of the monitoring system, and such privileged management domain's CPU utilization can be fairly allocated to the corresponding VMs for which the privileged management domain is using the CPU.

In this embodiment, a constantly updated timestamp, $T_{end}^{exec}$, is maintained, which reflects the time when the domain that is currently using the CPU (i.e. is in execution state) is descheduled, i.e. when the domain changes from execution state to runnable or blocked state. For example, assume $Dom_i$ is scheduled for execution at time $t_{i_1}$ and descheduled at time $t_{i_2}$. Then $T_{end}^{exec}=t_{i_2}$. Further, assume $Dom_j$ is scheduled for execution at time $t_{j_1}$ ($t_{i_2} \leq t_{j_1}$) and there is not any other domain that is scheduled in between $t_{i_2}$ and $t_{j_1}$, then time interval $(t_{i_2}, t_{j_1})$ is charged to be an execution time of the privileged management domain, i.e. time interval $(t_{i_2}, t_{j_1})$ corresponds to the privileged management domain 30 being in an execution state. Now, assume $Dom_j$ is descheduled at time $t_{j_2}$. Then $T_{end}^{exec}=t_{j_2}$.

In such a way, the CPU usage by the VMM, $Dom_0$, $Dom_1, \ldots, Dom_k$ and $Dom_{idle}$ can be computed over any time interval. However, this method might not reveal the "true" usage of the CPU by different VMs. The reason is that virtualization of I/O devices results in an I/O model where the data transfer process involves additional system components, e.g. the privileged management domain ($Dom_0$). Note that in the exemplary system of FIG. 3 the privileged management domain 30 "hosts" the shared device drivers 311 that support I/O processing. Hence, the CPU usage when the privileged management domain 30 handles the I/O data on behalf of the particular VM 31 should be charged to the corresponding VM 31.

While it seems to be a well-defined problem, it becomes desirable to provide a light-weight way to accurately instrument all the activities performed by the privileged management domain 30, including the device drivers 311, on behalf of the corresponding VMs 31. A straightforward instrumentation of I/O-related activities in the privileged management domain 30 and the device drivers 311 for explicit accounting of this processing charged to a particular to VM 31 inevitably leads to a heavy-weight monitoring solution with significant overhead of its own.

An embodiment of the present invention provides a light-weight support monitoring system. Thus, instead of instrumenting the low-level OS and device drivers activities, the exemplary approach of an embodiment of the present invention observes the amount of I/O communications per domain, and uses the observed communications for partitioning the privileged management domain's CPU usage across the VMs 31. Thus, in operational block 62 of FIG. 6, the CPU utilization monitor 103A determines, for each VM 31, an amount of CPU utilization of the privileged management domain that is attributable to such VM 31. As mentioned above, and discussed further below, certain embodiments provide a light-weight monitoring technique, in which the CPU utilization monitor observes the amount of I/O communications with the privileged management domain per VM, and uses the observed communications for attributing an appropriate amount of the privileged management domain's CPU usage to each of the VMs 31.

As mentioned above, in order to avoid the overhead of copying I/O data to/from the guest VM 31, the privileged management domain 30 uses the "page-flipping" technique, where the memory page containing the corresponding I/O data is exchanged by the Xen VMM 32 with an unused page provided by the guest OS (of the VM 31). Thus, in order to account for different I/O related activities in the privileged management domain 30 (that "hosts" the unmodified device drivers 311), CPU utilization monitor 103A observes the memory page exchanges between the privileged management domain 30 and corresponding $Dom_i$ 31. Thus, in this exemplary embodiment, CPU utilization monitor 103A, in sub-operational block 602, measures the number $N_i^{mp}$ of memory page exchanges performed over time interval $T_i$ when the privileged management domain 30 is in the execution state. In sub-operational block 603, the CPU cost (CPU time processing) of these memory page exchanges is derived as $Cost_i^{mp}=T_i/N_i^{mp}$. After that, if there are $N_i^{Dom_i}$ memory page exchanges between the privileged management domain ($Dom_0$) and virtual machine $Dom_i$, then $Dom_i$ is "charged" for $Dom_{i-0}^{T_i}(CPU)=N_i^{Dom_i} \times Cost_i^{mp}$ of CPU time processing of the privileged management domain 30 (i.e., $Dom_0$), in sub-operational block 604. In this way, the CPU utilization monitor 103A can partition the CPU time $T_i$ used by the privileged management domain 30 for processing the I/O-related activities and "charge" the corresponding VM 31 that caused these I/O activities.

Thus, in sub-operational block 605, the CPU utilization monitor 103A computes a share of CPU time used by the privileged management domain 30 for processing the I/O-related activities on behalf of $Dom_i$ 31 over time $T=(T_1,T_2)$ as:

$$Dom_{i-0}^T(CPU) = \sum_{T_i \in T} \left( Dom_{i-0}^{T_i}(CPU) \right) / (T_2 - T_1),$$

where for any time intervals $T_i=(t_{i_1},t_{i_2})$ and $T=(T_1,T_2)$, the definition $T_i \in T$ means that $t_{i_1} \geq T_1$ and $t_{i_2} \leq T_2$.

In operational block 63, the overall CPU utilization attributable to each VM 31 is computed by the CPU utilization monitor 103A. That is, an overall share of CPU utilization which was allocated to $Dom_i$ 31 over time T includes the share of CPU time that is directly allocated by a scheduler (i.e. $Dom_i^T(CPU)$) (as determined in operational block 61) and the share of CPU time that is used by the privileged management domain 30 for processing the I/O-related activities on behalf of $Dom_i$ (i.e. $Dom_{i-0}^T(CPU)$) (as determined in operational block 62). Thus, the overall CPU utilization of $Dom_i$ is computed in sub-operational block 606 as: $Dom_{i-overall}^T(CPU)=$

15

$Dom_i^T(CPU)+Dom_{i-0}^T(CPU)$. As mentioned above, in certain embodiments of the monitoring system, a time interval of 100 ms is used to aggregate overall CPU usage across different VMs. However, in alternative embodiments, any other suitable time interval may be used instead.

The exemplary operational flow of FIG. **6** may be implemented as computer-executable software code that is stored to a computer-readable medium (such as physical memory **313** or disk drive **13**), thus implementing CPU utilization monitor **103**A in certain embodiments. Of course, in certain embodiments the operational blocks **61-63** may be performed in any desired manner, and thus are not limited to use of the specific exemplary sub-operational blocks **601-606** described above.

The I/O rings **400** described in FIG. **4** are used for I/O communications between VMs and $Dom_0$ (privileged management domain **30**) that hosts the I/O device drivers in the exemplary system **300** of FIG. **3**. All the I/O communications initiated by $Dom_i$ (or destined to $Dom_i$) pass through the VMM **32** on a way from the guest VMs **31** to device drivers in the privileged management domain **30**. Thus, for each $Dom_i$, one can count the number of requests put on all the I/O rings between the $Dom_i$ and the privileged management domain **30**. This may provide an alternative way to implement the monitoring system for observing the amount of I/O traffic processed by the privileged management domain on behalf of different domains.

Also, as mentioned above, in certain embodiments some method other than the above-described page-flipping technique may be used to implement the I/O communication model in a virtualized environment. For instance, in some implementations, instead of memory page exchanges between the privileged management domain and VMs, another (e.g., less-efficient) way of copying data between the privileged management domain and VMs may be employed. The above-described CPU utilization monitor is readily modifiable to count the number of copies in a similar way as described above for counting the number of memory page exchanges. Thus, the techniques described herein can be readily adapted for use in observing any communication scheme that may be employed between VMs and a privileged management domain.

What is claimed is:

1. A method comprising:
  observing, in a computer, communication from a virtual machine (VM) to a domain in which a device driver for a shared resource resides, wherein the domain is separate from a virtual machine monitor (VMM);
  determining, in the computer and based on said communication, CPU utilization of said domain attributable to said VM;
  determining, for the VM, CPU utilization allocated by a scheduler to the VM; and
  determining, for the VM, total CPU utilization attributable to the VM by summing the determined CPU utilization allocated to the VM by the scheduler and the determined CPU utilization of the domain attributable to the VM.

2. The method of claim **1** wherein said observing communication comprises:
  observing communication that is directed from said VM to said domain.

3. The method of claim **1** wherein said observing communication comprises:
  observing communication from said VM that is intercepted by the VMM.

4. The method of claim **1** wherein said VM is one of a fully virtualized VM and a paravirtualized VM.

16

5. The method of claim **1** wherein said observing communication comprises: observing communication from said VM that is requesting access to said shared resource that is accessible by a plurality of VMs.

6. The method of claim **1** wherein said observing communication comprises: observing communication from said VM that is requesting access to an input/output (I/O) resource, wherein the I/O resource is the shared resource.

7. The method of claim **6** wherein said determining comprises:
  determining CPU utilization of said domain attributable to said VM as the CPU utilization of said domain performed for processing said access request for said VM.

8. The method of claim **1** wherein said observing communication comprises:
  observing communication between said VM and said device driver, wherein the VM is separate from the domain.

9. The method of claim **1** wherein said observing communication comprises:
  observing memory page exchanges between said VM and said domain, wherein the VM is separate from the domain.

10. The method of claim **1** wherein said observing communication comprises:
  observing data copying between said VM and said domain, wherein the VM is separate from the domain.

11. The method of claim **1** further comprising:
  observing communication from each of a plurality of VMs to the domain; and
  determining, for each of said VMs, based on said communication from each of the plurality of VMs to the domain, CPU utilization of said domain attributable to such VM.

12. The method of claim **1**, further comprising:
  the VM communicating through the VMM to the domain for accessing the shared resource.

13. The method of claim **1**, wherein the domain is also separate from the VM.

14. The method of claim **1**, further comprising:
  determining, for the VM, CPU utilization allocated by a scheduler to the VM; and
  determining, for the VM, total CPU utilization attributable to the VM by summing the determined CPU utilization allocated to the VM by the scheduler and the determined CPU utilization of the domain attributable to the VM.

15. A method comprising:
  a plurality of virtual machines (VMs) in a computer system communicating with a domain for requesting access to a shared resource, wherein a device driver for said shared resource resides in said domain, and wherein the domain is separate from a virtual machine monitor (VMM) and from each of the plurality of VMs in the computer system;
  determining CPU utilization of each VM, wherein said determining includes determining, based on observing the communication of each of said VMs with the domain, CPU utilization of said domain attributable to each of said VMs;
  determining, for each of the VMs, CPU utilization allocated by a scheduler to the corresponding VM; and
  determining, for each of the VMs, total CPU utilization attributable to the corresponding VM by summing the determined CPU utilization allocated to the corresponding VM by the scheduler and the determined CPU utilization of the domain attributable to the corresponding VM.

16. The method of claim 15 wherein said observing communication comprises:
  observing communication between said VMs and said device driver.

17. The method of claim 15 wherein said observing communication comprises:
  observing memory page exchanges between said VMs and said domain.

18. The method of claim 15 wherein said observing communication comprises:
  observing data copying between said VMs and said domain.

19. The method of claim 15 wherein said observing communication comprises:
  observing the communication requesting access to said shared resource by said VMs.

20. The method of claim 15 wherein said determining CPU utilization of said domain attributable to each of said VMs comprises:
  determining CPU utilization of said domain attributable to a first of said VMs as the CPU utilization of said domain performed for processing a resource access request for said first of said VMs.

21. The method of claim 15, further comprising:
  the VMs communicating through the VMM to the domain for accessing the shared resource.

22. A method comprising:
  determining, for each of a plurality of virtual machines (VMs) in a computer system, CPU utilization allocated by a scheduler to the corresponding VM;
  determining, for each of said VMs, an amount of a privileged management domain's CPU utilization attributable to the corresponding VM, wherein the privileged management domain includes a device driver for a shared resource accessed by the plurality of VMs, wherein determining the amount of the privileged management domain's CPU utilization is based on observing communications from the corresponding VM that is requesting access to the shared resource; and
  determining, for each of said VMs, total CPU utilization attributable to the corresponding VM by summing the determined CPU utilization allocated to the corresponding VM by the scheduler and the determined amount of the privileged management domain's CPU utilization attributable to the corresponding VM.

23. The method of claim 22 wherein said determining an amount of the privileged management domain's CPU utilization attributable to a VM comprises:
  measuring a number ($N_i^{mp}$) of memory page exchanges performed over a time interval ($T_i$), wherein i is a variable identifying one of the plurality of VMs.

24. The method of claim 23 wherein said measuring comprises measuring the number of memory page exchanges performed when the privileged management domain is in an execution state.

25. The method of claim 23 wherein said determining an amount of the privileged management domain's CPU utilization attributable to a VM further comprises:
  deriving a CPU cost of the memory page exchanges as $Cost_i^{mp} = T_i / N_i^{mp}$.

26. A method comprising:
  determining, for each of a plurality of virtual machines (VMs), CPU utilization allocated by a scheduler to such VM;
  determining, for each of said VMs, an amount of a privileged management domain's CPU utilization attributable to such VM; and
  determining, for each of said VMs, total CPU utilization attributable to such VM by summing the determined CPU utilization allocated to the VM by the scheduler and the determined amount of the privileged management domain's CPU utilization attributable to the VM,
  wherein said determining CPU utilization allocated by said scheduler to a VM comprises:
  computing

$$Dom_i^T(CPU) = \sum_{t_i \geq T_1}^{t_2 \leq T_2} (t_1^i, t_2^i, \text{execution}) / (T_2 - T_1),$$

wherein i is a variable identifying one of the plurality of VMs, T is a time interval from time $T_1$ to time $T_2$, $Dom_i^T(CPU)$ corresponds to CPU utilization scheduled for VM i of the plurality of VMs for time T, $t_1^i$ corresponds to a time at which VM i is scheduled for execution, and $t_2^i$ corresponds to a time at which VM i is descheduled from execution.

27. A method comprising:
  determining, for each of a plurality of virtual machines (VMs), CPU utilization allocated by a scheduler to such VM;
  determining, for each of said VMs, an amount of a privileged management domain's CPU utilization attributable to such VM; and
  determining, for each of said VMs, total CPU utilization attributable to such VM by summing the determined CPU utilization allocated to the VM by the scheduler and the determined amount of the privileged management domain's CPU utilization attributable to the VM,
  wherein said determining an amount of the privileged management domain's CPU utilization attributable to a VM comprises:
  measuring a number ($N_i^{mp}$) of memory page exchanges performed over a time interval ($T_i$), wherein i is a variable identifying one of the plurality of VMs,
  wherein said determining an amount of the privileged management domain's CPU utilization attributable to a VM further comprises:
  for $N_i^{Dom_i}$ memory page exchanges between the VMM and VM i, charging VM i for $Dom_{i\text{-}VMM}^{T_i}(CPU) = N_i^{Dom_i} \times Cost_i^{mp}$ of CPU time processing of the VMM.

28. The method of claim 27 wherein said determining an amount of the privileged management domain's CPU utilization attributable to a VM further comprises:
  computing a share of CPU time used by the VMM for processing resource access activities on behalf of a VM i over time $T=(T_1,T_2)$ as

$$Dom_{i-0}^T(CPU) = \sum_{T_i \in T} \left(Dom_{i-0}^{T_i}(CPU)\right) / (T_2 - T_1).$$

29. A system comprising:
  a Central Processing Unit (CPU);
  Virtual Machines (VMs);
  a Virtual Machine Monitor (VMM);
  a domain in which a device driver for a shared resource resides, said domain operable to receive requests from said VMs for access to said shared resource, and said domain separate from the VMM; and

a CPU utilization monitor configured to:
determine an amount of CPU utilization of said domain in processing said received requests that is attributable to each of said VMs, wherein determining the amount of the domain's CPU utilization is based on observing communications from the corresponding VM that is requesting access to the shared resource;
determine, for each of the VMs, CPU utilization allocated by a scheduler to the corresponding VM; and
determine, for each of the VMs, total CPU utilization attributable to the corresponding VM by summing the determined CPU utilization allocated to the corresponding VM by the scheduler and the determined CPU utilization of the domain attributable to the corresponding VM.

30. The system of claim 29, wherein said CPU utilization monitor is implemented in said VMM.

31. The system of claim 29 further comprising said shared resource that is accessible by each of said VMs.

32. The system of claim 29 wherein said CPU utilization monitor is configured to observe communication from said VMs to said device driver, and wherein said CPU utilization monitor is configured to use said observed communication for determining the amount of CPU utilization of said domain in processing said received requests that is attributable to each of said VMs.

33. The system of claim 32, wherein the domain is also separate from the VMs.

34. The system of claim 29, wherein the VMs are configured to communicate through the VMM to the domain for accessing the shared resource.

35. Computer-executable software code stored to a computer-readable medium, said computer-executable software code executable by a computer system and comprising:
code for observing communication from a virtual machine (VM) to a privileged management domain in which a device driver for a shared resource resides, wherein the privileged management domain is separate from a virtual machine monitor (VMM);
code for determining, based on said communication, CPU utilization of said privileged management domain attributable to said VM;
code for determining, for the VM, CPU utilization allocated by a scheduler to the VM; and
code for determining, for the VM, total CPU utilization attributable to the VM by summing the determined CPU utilization allocated to the VM by the scheduler and the determined CPU utilization of the privileged management domain attributable to the VM.

36. The computer-executable software code of claim 35 wherein said code for observing communication comprises:
code for observing communication requesting access to said shared resource by said VM.

37. The computer-executable software code of claim 36 wherein said code for determining comprises:
code for determining CPU utilization of said privileged management domain attributable to said VM as the CPU utilization of said privileged management domain performed for processing said access request for said VM.

38. The computer-executable software code of claim 35 wherein said code for observing communication comprises:
code for observing memory page exchanges between said VM and said privileged management domain.

39. The computer-executable software code of claim 35, further comprising:
code for determining, for the VM, CPU utilization allocated by a scheduler to the VM; and
code for determining, for the VM, total CPU utilization attributable to the VM by summing the determined CPU utilization allocated to the VM by the scheduler and the determined CPU utilization of the domain attributable to the VM.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

| | | |
|---|---|---|
| PATENT NO. | : 7,797,707 B2 | Page 1 of 1 |
| APPLICATION NO. | : 11/070605 | |
| DATED | : September 14, 2010 | |
| INVENTOR(S) | : Ludmila Cherkasova et al. | |

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In column 18, line 12, in Claim 26, delete " $Dom_i^T(CPU) = \sum_{t_1 \geq T_1}^{t_2 \leq T_2} (t_1^i, t_2^i, execution)/(T_2 - T_1)$ ,"

and insert -- $Dom_i^T(CPU) = \sum_{t_1 \geq T_1}^{t_2 \leq T_2} (t_1^i, t_2^i, execution)/(T_2 - T_1)$ ,--, therefor.

Signed and Sealed this
Twelfth Day of April, 2011

David J. Kappos
*Director of the United States Patent and Trademark Office*