# EXHIBIT E

US008863122B2

(12) **United States Patent**
Bouchier et al.

(10) **Patent No.:** **US 8,863,122 B2**
(45) **Date of Patent:** **Oct. 14, 2014**

(54) **REMOTE CONTROL OF A PLURALITY OF VIRTUAL MACHINES USING ACTIONS FACILITATED THROUGH A GRAPHIC USER INTERFACE**

(75) Inventors: **Paul Bouchier**, Little Elm, TX (US);
**Scott E. Garee**, McKinney, TX (US);
**Bryan J. Jacquot**, Mitchell, SD (US)

(73) Assignee: **Hewlett-Packard Development Company, L.P.**, Houston, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 83 days.

(21) Appl. No.: **13/383,506**

(22) PCT Filed: **Jul. 31, 2009**

(86) PCT No.: **PCT/US2009/052435**
§ 371 (c)(1),
(2), (4) Date: **Jan. 11, 2012**

(87) PCT Pub. No.: **WO2011/014189**
PCT Pub. Date: **Feb. 3, 2011**

(65) **Prior Publication Data**
US 2012/0124580 A1    May 17, 2012

(51) **Int. Cl.**
*G06F 9/46* (2006.01)
*G06F 15/16* (2006.01)
*G06F 15/177* (2006.01)
*G06F 3/00* (2006.01)
*G06F 9/48* (2006.01)

(52) **U.S. Cl.**
CPC .................................... *G06F 9/4843* (2013.01)
USPC .............. **718/1**; 709/208; 715/734; 715/735; 715/740

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2004/0230970 A1 | 11/2004 | Janzen | |
| 2005/0240685 A1 | 10/2005 | Keys | |
| 2006/0190532 A1 | 8/2006 | Chadalavada | |
| 2007/0174410 A1* | 7/2007 | Croft et al. | .................... 709/208 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1305611 | 7/2001 |
| CN | 101410803 | 4/2009 |
| CN | 101425021 | 5/2009 |
| CN | 101437001 | 5/2009 |

OTHER PUBLICATIONS

International Search Report and Written Opinion, International Searching Authority, 12 pages, Jul. 31, 2009.
Chinese Office Action dated Nov. 11, 2013 cited in Appl. No. 200980160725.4.
Introducing Microsoft Virtual Server 2005 on IBM Eserver Xseries Servers, Internet Citation, Nov. 2004, XP002427004, Retrieved from the internet: URL: redbooks.ibm.com/redpapers/pdfs/redp3912.pdf, abstract, p. 6, paragraph 1.2-p. 10, paragraph 1.3.
Richardson et al: "Virtual Network Computing", IEEE Internet Computing, IEEE Service Center, New York, NY Institute of Electronics Engineers, US, vol. 2, No. 1, Jan. 1, 1998, pp. 33-38, XP002142727, ISSN: 1089-7801, DOI: 10.1109/4236.656066, the whole document.

* cited by examiner

*Primary Examiner* — Meng An
*Assistant Examiner* — Bing Zhao

(57) **ABSTRACT**

A system is operatively coupled to a remote computer via a network. The system comprises service processing logic and a server executing a virtual machine. The service processing logic controls the virtual machine as directed by the remote computer.

**12 Claims, 6 Drawing Sheets**





*FIG.2*

*FIG.1*



*FIG.3*

*FIG. 4*





*FIG.5*



FIG.6



**FIG.7B**

750

BEGIN

LOADING A SOFTWARE-ENCODED MEDIUM INTO A PERIPHERAL DEVICE COUPLED TO THE REMOTE COMPUTER — 752

SERVICE PROCESSING LOGIC ON THE HOST COMPUTER MAPPING THE PERIPHERAL DEVICE TO THE SERVER — 754

APPLYING SOFTWARE FROM THE SOFTWARE-ENCODED MEDIUM TO THE VIRTUAL MACHINE — 756

END

**FIG.7A**

BEGIN

REMOTE COMPUTER PROVIDES USER OF REMOTE COMPUTER WITH GRAPHICAL USER INTERFACE (GUI) — 702

USER MAKES SELECTIONS REGARDING HOW TO CONTROL AND MANAGE ONE OR MORE VMs — 704

REMOTE COMPUTER COLLECTS USER INPUT — 706

REMOTE COMPUTER TRANSMITS USER INPUT TO COMPUTER EXECUTING VMs — 708

COMPUTER EXECUTING VMs RECEIVES USER INPUT AT, OR PROVIDES USER INPUT TO, SERVICE PROCESSING LOGIC — 710

SERVICE PROCESSING LOGIC ANALYZES INPUT — 712

SERVICE PROCESSING LOGIC PERFORMS, OR CAUSES PERFORMANCE OF, ACTION REQUESTED IN USER INPUT — 714

END

700

US 8,863,122 B2

1

# REMOTE CONTROL OF A PLURALITY OF VIRTUAL MACHINES USING ACTIONS FACILITATED THROUGH A GRAPHIC USER INTERFACE

## BACKGROUND

A virtual machine generally is defined as software that is capable of acting as an analogous hardware device would act. For example, a virtual server, which is composed of software, can perform various actions and respond to external stimuli much as a hardware server would, thereby simulating a hardware server. Because they are composed of software, virtual machines are stored in memory (e.g., hard drives, random access memory (RAM)) and are executed by processors, just as with any other type of software. Accordingly, a single computer may comprise memory that stores any number of virtual machines. Different virtual machines are designed by different entities and, as a result, often have different interfaces.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a detailed description of exemplary embodiments of the invention, reference will now be made to the accompanying drawings in which:

FIG. **1** shows a block diagram of an illustrative system in accordance with various embodiments;

FIG. **2** shows a block diagram of an illustrative hardware server, in accordance with various embodiments;

FIG. **3** shows a conceptual block diagram of an illustrative virtual machine software architecture, in accordance with various embodiments;

FIG. **4** shows a first illustrative user interface, in accordance with various embodiments;

FIG. **5** shows a second illustrative user interface, in accordance with various embodiments;

FIG. **6** shows another block diagram of an illustrative virtual machine software architecture, in accordance with embodiments; and

FIGS. **7**A-**7**B show flow diagrams of illustrative methods implemented in accordance with various embodiments.

## NOTATION AND NOMENCLATURE

Certain terms are used throughout the following description and claims to refer to particular system components. As one skilled in the art will appreciate, companies may refer to a component by different names. This document does not intend to distinguish between components that differ in name but not function. In the following discussion and in the claims, the terms "including" and "comprising" are used in an open-ended fashion, and thus should be interpreted to mean "including, but not limited to . . . ." Also, the term "couple" or "couples" is intended to mean either an indirect, direct, optical or wireless electrical connection. Thus, if a first device couples to a second device, that connection may be through a direct electrical connection, through an indirect electrical connection via other devices and connections, through an optical electrical connection, or through a wireless electrical connection. A connection may include both software and hardware components.

"Service processing logic" (e.g., a service processor) is a system or subsystem comprising a central processing unit (CPU), associated storage (e.g., memory) and/or other hardware running software and/or firmware that provides a user connected to the service processing logic with the ability to control and manage one or more servers or hardware partitions to which the service processing logic couples. The Hewlett-Packard® iLO® or Onboard Administrator are illustrative of such service processing logic.

Finally, a "virtual machine" comprises software that acts, or causes a processor to act, like a hardware machine that the VM is intended to emulate. Stated in another way, a virtual machine comprises software that mimics the behavior of hardware.

## DETAILED DESCRIPTION

The following discussion is directed to various embodiments of the invention. Although one or more of these embodiments may be preferred, the embodiments disclosed should not be interpreted, or otherwise used, as limiting the scope of the disclosure, including the claims. In addition, one skilled in the art will understand that the following description has broad application, and the discussion of any embodiment is meant only to be exemplary of that embodiment, and not intended to intimate that the scope of the disclosure, including the claims, is limited to that embodiment.

Disclosed herein are systems and methods in which a single, universal interface enables a network administrator to remotely control multiple virtual machines. The interface enables users to power on, power off, restart and perform various other actions on each virtual machine. The user is enabled in this way by integrating virtual machines (VMs) with service processing logic stored on the same hardware device as the VMs. By integrating service processing logic with the VMs, a service processing logic may be used to control the VMs.

FIG. **1** shows a block diagram of an illustrative system **100** in accordance with embodiments. As shown, the system **100** comprises a remote computer **102** that communicates with multiple hardware servers **104, 106, 108** via a network **110**. The network **110** may include both wired and wireless connections. The remote computer **102** may comprise any type of computer, such as a desktop, a notebook, a server, a handheld device, etc. Although the remote computer **102** is described as communicating with multiple servers **104, 106, 108** via the network **110**, in at least some embodiments, one or more of the multiple servers may be replaced with different types of computers, such as those listed above.

FIG. **2** shows a detailed view of an illustrative server **106**. The components shown in FIG. **2** are representative of most types of computers that may communicate with the remote computer **102** via the network **110**. Thus, the components shown in FIG. **2** also may be found in one or more of the servers **104** and **108**, or in other types of computers that are substituted for one or more of the servers **104, 106, 108**.

The server **106** (also known as a "host computer") comprises processing logic **200**, such as a central processing unit (CPU). The server **106** also comprises storage **202** (e.g., a hard drive, random access memory (RAM), or other suitable storage), input and output devices **204**, and a network connection **206** via which the server **106** communicates with the network **110**. The storage **202**, in turn, comprises multiple instances of software **208**. At least some of the instances of software **208** include VMs. In at least some embodiments, the VMs are different from each other, each VM providing a different interface usable to interact with and control that VM. The software **208** also may include one or more operating systems, at least one of which comprises a VM host operating system usable to execute and operate the VMs. In some embodiments, a partition is equivalent to a server. The term

US 8,863,122 B2

**3**

"server" should be understood to apply to partitions and similar server-related computing hardware.

The server **106** still further comprises service processing logic **210**. Service processing logic **210** generally may be defined as a processor, possibly located on the same system board as the processing logic **200**, that is capable of controlling the server **106**. Stated in another way, the service processing logic **210** enables other computers (e.g., remote computer **102**) to remotely control the server **106**. As described below, embodiments disclosed herein leverage the service processing logic **210** to control not just the server **106** itself, but also to control the software VMs which execute on processing logic **200**. In at least some embodiments, the service processing logic **210** comprises Hewlett-Packard Company's® Integrated Lights-Out® (iLO) service processor, or Onboard Administrator.

In some embodiments, the service processing logic **210** comprises an autonomous management subsystem chat resides in the server **106** to manage the server **106** through any server state: initial power-on testing; prior to loading of the operating system (OS); while the OS is functional; and even after OS failure. In at least some embodiments, the service processing logic **210** includes its own processor, memory subsystem and network controller, none of which are specifically shown in FIG. **2**. The service processing logic **210** provides a remote administrator (e.g., using the remote computer **102** from any location in the world) with a graphical remote console that imitates the graphical console the administrator would view if s/he were controlling the server **106** locally. The service processing logic **210** enables the remote administrator to view and operate the graphical remote console using any operating system and virtual "buttons" that may be used to power on or off the actual hardware of the server **106** itself. The service processing logic may provide a textual user interface that provides capabilities similar to those provided by the virtual buttons.

FIG. **3** shows a block diagram of an illustrative virtual machine software architecture in accordance with various embodiments. As shown in FIG. **3**, the server **106** comprises a VM host OS **300**. Within the VM host OS **300** environment operate multiple VMs **312**, **314**. Although only two VMs are shown in FIG. **3**, any number of VMs may be used. A VM manager **310** also operates within the VM host OS **300** environment. The VM manager **310** manages/controls multiple VMs **312**, **314**. Examples of VM managers include VM management software included with VM software such as VmWare®, Xen®, etc. In at least some embodiments, VM managers are controlled from a server GUI or using external management software. In preferred embodiments, the VM manager **310** is controlled by a service processing logic VM management agent **306** of the service processing logic **210**.

The service processing logic **210** communicates with the remote computer **102** via the network **110** (shown in FIG. **1**). As previously explained, the service processing logic **210** enables network administrators using the remote computer **102** to control the server **106**. Accordingly, the service processing logic **210** provides video data to the remote computer **102** which the remote computer **102** uses to generate graphical user interfaces (GUIs) on a display coupled to the remote computer **102**. This video data represents the same video data that would be used to generate a GUI on a display coupled to the server **106**. Stated in another way, the service processing logic **210** generates on the display of the remote computer **102** the same GUIs that would be generated on a display of the server **106**. The service processing logic **210** generates GUIs in this way so that an administrator using the remote computer

**4**

**102** can control the server **106** as if the administrator was sitting in front of the server **106** and working on the server **106** directly.

Unlike other remote management systems, the embodiments disclosed herein enable a remote user to use the GUIs to control not only the physical hardware of the server **106**, but also the VMs **312**, **314**. The disclosed embodiments facilitate this functionality because the service processing logic **210** communicates with the agent **306**, because the agent **306** controls the VM manager **310**, and because the VM manager **310** controls the VMs **312**, **314**. Thus, the interfacing between the service processing logic **210** and the agent **306** enables GUIs generated by the service processing logic **210** to be usable to control the VMs **312**, **314**.

The preceding description has shown how one service processing logic **210** can control multiple VMs on a single server **106**. In other embodiments, multiple servers **106** may be managed by a single service processing logic **210**, which would thereby control multiple VMs on multiple servers. In some embodiments there may be a higher-level service processing logic, such as onboard administrator **302** (FIG. **3**), which may generate GUIs instead of processing logic **210**, and which may act as a proxy for multiple lower level service processing logics **210**.

FIG. **4** shows an illustrative GUI **400** that may be displayed on a display of the remote computer **102**. The GUI **400** provides a user of the remote computer **102** with various options by which to control the server **106** and/or the VMs **312**, **314**. The GUI **400** includes a "Virtual Devices" tab **401**a as well as various other possible tabs (e.g., a "Remote Console" tab **401**b, a "System Status" tab **401**c and an "Administration" tab **401**d). Clicking the Virtual Devices tab **401**a enables the user to view a Power & Reset options screen, as shown. Under the "Power" section, the GUI **400** enables the user to choose from multiple system power control options **402**. Specifically, the user may choose to perform an action on the server **106** by clicking on the radio button **410**. Alternatively or in addition, the user may choose to perform an action on the VM **312** by clicking on the radio button **406**. Alternatively or in addition, the user may choose to perform an action on the VM **314** by clicking on the radio button **408**. Whereas other systems that do not implement the techniques disclosed herein would not be able to provide the user with the option of performing a task on the VM **312** (radio button **406**) or the VM **314** (radio button **408**), the present system is able to do so because the service processing logic **210** controls the VMs **312**, **314** as described above and as shown in FIG. **3**. The actions that may be performed on a VM is not limited to those shown in any of the figures.

Once one or more of the server **106**, VM **312** or VM **314** have been selected, an operation may be selected for performance thereupon. Such operations may include performing a power cycle (radio button **418**), powering on the selected machine (radio button **420**), powering off the selected machine (radio button **422**) and performing a graceful shutdown of the selected machine (radio button **424**). Other options also may be available on the GUI **400**.

For instance, a user may select radio buttons **408** and **422** and click "Submit," thereby causing the remote computer **102** to instruct the service processing logic **210** to "power off" the VM **314**. Because the VM **314** comprises software, the VM **314** is not actually shut down in the same sense that a hardware device is shut down. Instead, the server **106** "shuts down" the VM **314** by ceasing execution of the software that constitutes the VM **314**. This functionality, which is unavailable without using embodiments disclosed herein, is accessible to users of the remote computer **102** because the service

US 8,863,122 B2

5

processing logic **210** interfaces with the VMs **312, 314** via the agent **306** and VM manager **310**.

Similarly, the GUI **400** may enable reset of the server **106** and/or VMs **312, 314** using the radio buttons **404**. The server **106** may be selected for an operation by clicking on radio button **412**. The VM **312** may be selected for an operation by clicking on radio button **414**. The VM **314** may be selected for an operation by clicking on radio button **416**. After selecting one or more of the server **106** and/or VMs **312, 314**, an operation may be selected for performance thereupon using radio buttons **426, 428**.

When a user using the GUI **400** selects the server **106** and an operation to be performed on the server **106**, the remote computer **102** collects the user input and transmits it to the server **106** via the network **110**. The server **106**, upon receiving the user input, provides the user input to the service processing logic **210**. The service processing logic **210** interprets the user input and routes it as necessary. In this case, an action is being performed on the hardware of the server **106** itself. Thus, the service processing logic **210** carries out that action on the server **106**. If the user input a request that the server **106** be powered off, for example, the service processing logic **210** powers off the server **106**.

When a user using the GUI **400** selects one of the VMs **312, 314** and an operation to be performed on that VM **312, 314,** the remote computer **102** collects the user input and transmits it to the server **106** via the network **110**. The server **106**, upon receiving the user input, provides the user input to the service processing logic **210**. The service processing logic **210**, in turn, interprets the user input data and routes it as necessary. In this case, an action is being performed on one or more of the VMs **312, 314**. If, for instance, the user input requests that the VM **314** be reset, the service processing logic **210** causes execution of the VM **314** to halt and resets the program counter, thereby simulating the re-boot of a hardware server.

FIG. **5** shows another illustrative GUI **500**. The interface shown in FIG. **5** is presented to a user of the remote computer **102** when the user selects the Remote Console tab **502**. Shown on the GUI **500** are various remote console options **504**. These options **504** enable the user to customize how s/he views the remote console on a display coupled to the remote computer **102**. Each option **504** is associated with multiple radio buttons **506**. The radio buttons enable the user to specify to which hardware or software device the user wants the particular option **504** to apply. As shown, the radio buttons **506** include VMs **312, 314** in addition to the server **106**. When a user using GUI **500** selects one of the VMs **312, 314** or server **106** using radio buttons **507, 508, 509** and clicks an option **504**, the user is presented with the console for the selected VM or the server. While other systems not employing the embodiments disclosed herein would be unable to present the VMs **312, 314** as possible targets of the remote console options **504** shown, the disclosed embodiments are able to do so because the service processing logic **210** controls the VMs **312, 314** via the agent **306** and the VM manager **310**.

As shown in FIGS. **4** and **5**, a user (e.g., network administrator) of the remote computer **102** may interact with one or more GUIs to control and manage not only the hardware server **106**, but also the software VMs **312, 314**. When the user takes some action using the GUI, the remote computer **102** collects the user input data and transmits it to the service processing logic **210**. The service processing logic **210**, in turn, commands the VMs **312, 314** to perform the user-requested action, or performs the user-requested action on the VMs **312, 314**. The service processing logic **210** interacts with the VMs **312, 314** in this manner via the agent **306** and the VM manager **310**. In particular, the agent **306** may be

6

considered a software agent of the service processing logic **210** dedicated to interacting with the VM manager **310**. The VM manager **310** may be a separate instance of software that is dedicated to managing a plurality of VMs resident on the server **106**. In some embodiments, the agent **306** and the VM manager **310** may be integrated into a single instance of software. However, as a matter of logistics (e.g., software licensing, software installation, different software manufacturers), in some embodiments, the agent **306** and the VM manager **310** may remain separate instances of software that interact with each other, as shown.

One such embodiment is shown in FIG. **6**. The software architecture shown in FIG. **6** is similar to that shown in FIG. **3**. However, the architecture shown in FIG. **6** comprises additional software components: a central VM manager agent **308** and a central VM manager **316**. The central VM manager agent **308** comprises software resident on the server **106** that is executed within the VM host OS **300** environment. The VSE manager **316** comprises software that is stored on a computer **600** separate from, but in communication with, the server **106**. In addition to managing the VM manager **310**, the central VM manager **316** also may manage VM managers on multiple servers. The central VM manager **316** may manage all the VMs in a datacenter. The central VM manager **316** manages each of the VM managers on the different servers by way of a central VM manager agent present on each of the servers, such as the central VM manager agent **308** present on server **106**. In embodiments comprising a central VM manager(s) and a central VM manager agent(s), the agent **306** may communicate with the VM manager **310** either directly or via the central VM manager agent **308**, as desired. In general, regardless of the precise software architecture implemented in any particular system, an embodiment of the present disclosure is realized when service processing logic manages and controls one or more VMs, thereby enabling a user of a remote computer to manage and control the one or more VMs.

In some embodiments, a proxy may be used in lieu of the service processing logic **210**. More specifically, as shown, an onboard administrator (OA) **302** may be used. The OA **302** comprises logic generally used to control at least some portions of the server **106**. Instead of the primary interaction between the server **106** and computer **102** occurring using the service processing logic **210**, in these embodiments, the OA **302** acts in lieu of the service processing logic **210** by performing some or all of the actions attributed to the service processing logic **210** herein.

FIG. **7A** shows a flow diagram of an illustrative method **700** that is in accordance with various embodiments. The method **700** begins with a remote computer providing a user of the remote computer (such as a network administrator) with a GUI (block **702**). A non-GUI interface, such as a textual interface, may be provided in addition to or in lieu of a GUI. The GUI provides the user with multiple options with which the user may control and manage one or more virtual machines executed on a computer (e.g., a server) located remotely from the remote computer. The virtual machines may perform any function, such as that of a software-based server. The GUI may be provided via a web browser or some other suitable type of software.

The method **700** further comprises the user making selections, via the GUI, regarding how to control and manage one or more VMs (block **704**). The remote computer collects the user input (block **706**) and transmits the user input to the computer executing the VMs (block **708**). The computer executing the VMs receives the user input at, or provides the user input to, service processing logic (block **710**). The service processing logic analyzes the user input data and deter-

US 8,863,122 B2

7

mines what action is to be performed on which VM (block **712**). The action to be performed and the target VM on which the action is to be performed may be encoded into the user input data using any suitable technique, as long as the computer that hosts the VMs is able to decode the information.

The method **700** then comprises the service processing logic using the user input data to perform, or cause the performance of, the action requested by the user on the target VM (block **714**). As explained above, the service processing logic manages and controls the VM(s) via some combination of the agent **306**, the control VM manager agent **308** and the VM manager **310**. The various steps of the method **700** may be performed in any suitable order. Steps may be added to or deleted from the method **700** as desired.

FIG. **7**B shows a flowchart of an illustrative method **750** implemented in accordance with embodiments. The method **750** comprises loading a software-encoded medium into a peripheral device coupled to the remote computer (block **752**). The method **750** then comprises the service processing logic mapping the peripheral device to the server (block **754**). The VM to which the peripheral device is mapped may be automatically designated (e.g., by the server) or may be manually designated (e.g., by the remote computer user). The user may designate the VM using, for instance, a GUI displayed on the remote computer based on graphical data provided by the server. The method **750** further comprises applying software from the software-encoded medium to the target VM (block **756**). Thus, for instance, in this way, software stored on a CD inserted into the remote computer may be loaded onto a target VM. The steps of the method **750** may be performed in any suitable order. Steps may be added to or deleted from the method **750** as desired.

As explained, it is possible for a remote computer user to control the server **106**. In part, the user is able to control the server **106** using a remote console that is shown on a display of the remote computer **102**. Specifically, the remote console shows a stream of video data that is the same video that would be displayed on a display of the server **106**. Thus, the user of the remote computer **102** interacts with the server **106** as if s/he was actually sitting in front of the server **106** and interacting with it directly. In a similar way, video data generated by a VM **312**, **314** can be displayed to a user of the remote computer **102**, thereby enabling the user to more easily control the VM **312**, **314**.

More specifically, the user of the remote computer **102** may be provided with the option of viewing either the desktop (i.e., remote console) of the server **106** or the desktop of one of the VMs **312**, **314**. This option may be provided, in at least one embodiments, on a GUI displayed on the remote computer **102**. If the user selects the desktop of the server **106**, the service processing logic **210** causes the desktop video data generated by the server **106** to be transmitted to and displayed on the remote computer **102**. Conversely, if the user opts to view the desktop of one of the VMs **312**, **314**, the VM manager **310** (or other suitable software) causes the video data generated by the target VM **312**, **314** to be transmitted to the remote computer **102** in lieu of the video data generated by the server **106**. This latter operation could be accomplished by service processing logic **210** sending a message to agent **306** to cause VM manager **310** to maximize its desktop on the server **106** desktop, and further by transmitting server **106** desktop video data (which is displaying the VM **312** desktop image) to computer **102**. Other techniques also may be used.

In some embodiments, the service processing logic **210** may enable various hardware multimedia capabilities to be provided to server **106**. More specifically, and merely as an example, the remote computer **102** comprises a hardware

8

compact disc/digital video disc (CD/DVD) drive **50**. The service processing logic **210** communicates with software on the remote computer **102**, such as a Java® Applet, which can read from or write to drive **50**. It further uses hardware and software to emulate, for example, a universal serial bus (USB) DVD drive coupled to a USB port on server **106** (not specifically shown) using known techniques. It thereby enables the server **106** to read data from and/or write data to a CD or DVD in the CD/DVD drive **50** by reading/writing the emulated drive in server **106**. In this way, the service processing logic **210** "virtualizes" the CD/DVD drive **50** and enables the server **106** to transparently use the CD/DVD drive **50** as if the CD/DVD drive **50** was installed on the server **106** itself. This type of functionality may be used, for example, if a user of the remote computer **102** desires to install software from a CD onto the server **106**. The user of the remote computer **102** would insert the CD into the CD/DVD drive **50** and then remotely cause the service processing logic **210** to emulate a USB DVD to server **106**, which can read data from the virtual DVD, thereby installing the software onto the server **106**.

The interface (including the agent **306**, manager **310** and, in some cases, manager agents **308**) between the service processing logic **210** and the VMs **312**, **314** enables this "virtualization" functionality to be extended not only to the server **106**, but also to the VMs **312**, **314**. For example, a user of the remote computer **102** may desire to install software from a CD onto the VM **312**. As explained above, the service processing logic **210** is able to map the CD/DVD drive **50** to the server **106**. Using known techniques, the VM **312** may gain direct access to server **106** peripherals. Specifically, the VM **312** may directly access the virtual DVD provided by service processing logic **210**. This virtual DVD drive is, as previously described, an emulation provided by logic **210** and supported by the real drive **50**. In some embodiments, only one VM **312**, **314** may map itself to the virtualized CD/DVD drive at a time. In some embodiments, which VM **312**, **314** maps to the virtualized CD/DVD drive may be controlled by the VM manager **310**. In some embodiments, the mapping of VMs to the virtualized CD/DVD drive (and, by extension, the hardware CD/DVD drive **50**) is controlled by the user of the remote computer **102** (using, e.g., a GUI).

By mapping the CD/DVD drive **50** to the server **106** to create a virtualized CD/DVD drive on the server **106**, and further by mapping the virtualized CD/DVD drive to a VM **312**, the VM **312** is given access to the contents of any CD or DVD that may be inserted into the CD/DVD drive **50** on the remote computer **102**. Embodiments are not limited to CD/DVD drives, however, and any of a variety of peripherals coupled to the remote computer **102** may be mapped to any VM on the server **106**.

The above discussion is meant to be illustrative of the principles and various embodiments of the present invention. Numerous variations and modifications will become apparent to those skilled in the art once the above disclosure is fully appreciated. It is intended that the following claims be interpreted to embrace all such variations and modifications.

What is claimed is:

**1**. A server computing system operatively coupled to a remote computer via a network, comprising:

service processing logic; and

a processing logic coupled to the service processing logic and executing a plurality of virtual machines;

wherein the service processing logic controls the virtual machines as directed by the remote computer;

wherein the service processing logic generates a first graphical user interface (GUI) to be transmitted to the remote computer, the first GUI to display a list of the

US 8,863,122 B2

9

plurality of virtual machines and to enable a user of the remote computer to select one of the virtual machines from the list and an action to be performed on the selected virtual machine, the selected action to be performed on the selected virtual machine independent of the other of the plurality of virtual machines;

wherein the service processing logic generates a second GUI to enable the user of the remote computer to select a virtual machine from the plurality of virtual machines to which a hardware peripheral device accessible to the remote computer is to be mapped; and

wherein, in response to a command from the remote computer, the service processing logic causes the selected virtual machine to perform an action selected from the group consisting of starting the virtual machine, stopping the virtual machine, and re-booting the virtual machine.

**2**. The server computing system according to claim **1**, further comprising a virtual machine manager, and wherein the service processing logic controls the virtual machine using the virtual machine manager.

**3**. The server computing system of claim **1**, wherein the service processing logic collects video display data associated with the virtual machine and transmits the video display data to the remote computer for display on the remote computer.

**4**. The server computing system of claim **1**, wherein the service processing logic virtualizes the hardware peripheral device of the remote computer and enables the virtual machine to access the virtualized peripheral device.

**5**. A non-transitory computer-readable medium comprising code which, when executed, causes hardware processing logic to:

receive user-input data from a remote computer via a network;

control a virtual machine using said data;

generate a first graphical user interface (GUI) to be transmitted to the remote computer and to thereon display a list of a plurality of virtual machines and to enable a user of the remote computer to select one of the virtual machines from the list and an action to be performed on the selected virtual machine, the selected action to be performed on the selected virtual machine independent of the other of the plurality of virtual machines; and

generates a second GUI to enable the user of the remote computer to select a virtual machine from the plurality of virtual machines to which a hardware peripheral device accessible to the remote computer is to be mapped;

wherein, in response to said user-input data, the selected action includes at least one of power cycling the selected virtual machine, powering on the selected virtual machine, powering off or shutting down the selected virtual machine, and resetting the selected virtual machine.

**6**. The non-transitory computer-readable medium according to claim **5**, wherein the hardware processing logic:

10

transmits to the remote computer video data of a graphical user interface associated with a selected virtual machine; and

transmits to said selected virtual machine user-input data entered into the remote computer in response to displaying said video data.

**7**. The non-transitory computer-readable medium of claim **5**, wherein the hardware processing logic provides a service to the selected virtual machine, and wherein part of providing said service includes using the hardware peripheral device coupled to the remote computer.

**8**. The non-transitory computer-readable medium of claim **5**, wherein said computer-readable medium is housed within a server.

**9**. The non-transitory computer-readable medium of claim **5** wherein the code, when executed, causes the hardware processing logic to generate a third GUI to be transmitted to the remote computer to enable the user of the remote computer to select for display on the remote computer a desktop of a server on which a selected virtual machine executes or a desktop of the selected virtual machine.

**10**. A method, comprising:

providing a first graphical user interface (GIU) from a host computer to a remote computer, the first GUI displaying on the remote computer a list of a plurality of virtual machines and to enable a user of the remote computer to select one of the virtual machines from the list as well as an action to be performed on the selected virtual machine, the selected action to be performed on the selected virtual machine independent of the other of the plurality of virtual machines;

receiving user input from the remote computer via the first GUI, the user input including a selection of a virtual machine and an action to be performed on the selected virtual machine;

in accordance with the user input, performing the action using the host computer on the selected virtual machine; and

generating a second GUI to enable the user of the remote computer to select a virtual machine from the plurality of virtual machines to which a hardware peripheral device accessible to the remote computer is to be mapped;

wherein said action is selected from the group consisting of starting, stopping, re-booting and shutting down.

**11**. The method according to claim **10**, further comprising providing images associated with a virtual machine from the host computer to the remote computer.

**12**. The method of claim **10**, further comprising:

loading a software-encoded medium into the hardware peripheral device coupled to the remote computer;

service processing logic on the host computer mapping the peripheral device to the virtual machine; and

applying software from the software-encoded medium to the virtual machine.

\*   \*   \*   \*   \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

| | | |
|---|---|---|
| PATENT NO. | : 8,863,122 B2 | Page 1 of 1 |
| APPLICATION NO. | : 13/383506 | |
| DATED | : October 14, 2014 | |
| INVENTOR(S) | : Paul Bouchier et al. | |

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims

In column 10, line 23, in Claim 10, delete "(GIU)" and insert -- (GUI) --, therefor.

Signed and Sealed this
Seventh Day of April, 2015

*Michelle K. Lee*

Michelle K. Lee
*Director of the United States Patent and Trademark Office*