1  Rachael Lamkin
   Email: rachael.lamkin@bakerbotts.com
2  **BAKER BOTTS L.L.P.**
   101 California Street, Suite 3200
3  San Francisco, CA 94111
   Telephone: (415) 291-6264
4
5  Lauren J. Dreyer (*Pro Hac Vice Pending*)
   lauren.dreyer@bakerbotts.com
   700 K Street, N.W.
6  Washington, DC 20001
   (202) 639-7700
7
   Megan White (*Pro Hac Vice Pending*)
8  megan.white@bakerbotts.com
   2001 Ross Avenue, Suite 900
9  Dallas, Texas 75201
   (214) 953-6500
10
   [additional counsel on signature page]
11
   *Attorneys for Plaintiff Netflix, Inc.*
12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

| NETFLIX, INC., | Case No.: 3:24-cv-9324 |
|---|---|
| Plaintiff, | **PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
| v. | |
| BROADCOM INC., VMWARE LLC, | |
| Defendants. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

Dated: December 23, 2024

**BAKER BOTTS L.L.P.**

*/s/ Rachael D. Lamkin*
Rachael Lamkin
rachael.lamkin@bakerbotts.com
David Lien
david.lien@bakerbotts.com
Lute Yang
lute.yang@bakerbotts.com
101 California Street, Suite 3200
San Francisco, CA 94111
(415) 291-6200

Lauren J. Dreyer (*Pro Hac Vice Pending*)
lauren.dreyer@bakerbotts.com
700 K Street, N.W.
Washington, DC 20001
(202) 639-7700

Megan White (*Pro Hac Vice Pending*)
megan.white@bakerbotts.com
Matthew Chuning (*Pro Hac Vice Pending*)
matthew.chuning@bakerbotts.com
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
(214) 953-6500

C. Stephen Maule (*Pro Hac Vice Pending*)
steve.maule@bakerbotts.com
910 Louisiana Street
Houston, TX 77002
(713) 229-1234

*Attorneys for Plaintiff Netflix, Inc.*