1  Rachael Lamkin
   Email: rachael.lamkin@bakerbotts.com
2  **BAKER BOTTS L.L.P.**
   101 California Street, Suite 3200
3  San Francisco, CA 94111
   Telephone: (415) 291-6264
4
   Lauren J. Dreyer (*Pro Hac Vice Pending*)
5  lauren.dreyer@bakerbotts.com
   700 K Street, N.W.
6  Washington, DC 20001
   (202) 639-7700
7
   Megan White (*Pro Hac Vice Pending*)
8  megan.white@bakerbotts.com
   2001 Ross Avenue, Suite 900
9  Dallas, Texas 75201
   (214) 953-6500
10
   [additional counsel on signature page]
11
   *Attorneys for Plaintiff Netflix, Inc.*
12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15

16
   NETFLIX, INC.,                         Case No.: 3:24-cv-9324
17
                Plaintiff,                **PLAINTIFF'S CORPORATE**
18                                        **DISCLOSURE STATEMENT**
        v.
19
   BROADCOM INC., VMWARE LLC,
20
                Defendants.
21

22

23

24

25

26

27

28

PLAINTIFF NETFLIX, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Netflix, Inc. discloses that it has no parent company, and no public company owns ten percent (10%) or more of Netflix, Inc.

Dated: December 23, 2024

**BAKER BOTTS L.L.P.**

*/s/ Rachael D. Lamkin*
Rachael Lamkin
rachael.lamkin@bakerbotts.com
David Lien
david.lien@bakerbotts.com
Lute Yang
lute.yang@bakerbotts.com
101 California Street, Suite 3200
San Francisco, CA 94111
(415) 291-6200

Lauren J. Dreyer (*Pro Hac Vice Pending*)
lauren.dreyer@bakerbotts.com
700 K Street, N.W.
Washington, DC 20001
(202) 639-7700

Megan White (*Pro Hac Vice Pending*)
megan.white@bakerbotts.com
Matthew Chuning (*Pro Hac Vice Pending*)
matthew.chuning@bakerbotts.com
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
(214) 953-6500

C. Stephen Maule (*Pro Hac Vice Pending*)
steve.maule@bakerbotts.com
910 Louisiana Street
Houston, TX 77002
(713) 229-1234

*Attorneys for Plaintiff Netflix, Inc.*