UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# RELATED CASE ORDER

A Notice of Related Cases has been filed that the following cases are related within the meaning of Civil. L.R. 3-12:

| | |
|---|---|
| 24-cv-09324-PCP | Netflix, Inc. v. Broadcom Inc. et al |
| 22-cv-00373-EMC | CA, Inc. et al v. Netflix, Inc. |

# ORDER

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

(X)  ARE NOT RELATED as defined by Civil. L.R. 3-12.

( )  ARE RELATED as defined by Civil. L.R. 3-12. I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

( )  ARE RELATED as defined by Civil. L.R. 3-12(a). Pursuant to Civil. L.R. 3-12(f)(3), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials EMC immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

DATED: February 25, 2025

_____
Edward M. Chen
United States District Judge