Alan P. Block (SBN 143783)
McKool Smith, P.C.
300 South Grand Avenue
Ste 2900
Los Angeles, CA 90071
Phone: 213-694-1054
Fax: 213-694-1234
Email: ablock@mckoolsmith.com

Attorneys for Defendants
BROADCOM, INC. and VMWARE, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NETFLIX, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BROADCOM INC., VMWARE LLC<br><br>　　　　　Defendants. | Case No. 5:25-cv-09324-PCP<br><br>**DECLARATION OF STEVEN J. RIZZI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**<br><br>Date: April 24, 2025<br>Time: 10:00 AM<br>Dept: Courtroom 8<br>Judge: Hon. P. Casey Pitts |

## **DECLARATION OF STEVEN RIZZI**

I, Steven J. Rizzi, declare as follows:

1. I am an attorney with the law firm of McKool Smith, counsel of record for Defendants Broadcom, Inc. and VMware, LLC, in the above-captioned matter. I have knowledge of the facts set forth herein and, if called to testify as a witness thereto, could do so competently under oath.

2. Attached as **Exhibit A** is a true and correct copy of the List of References Cited filed by the examiner on August 3, 2012 in U.S. Patent Application No. 12/907,687, which issued as U.S. Patent No. 8,650,564.

3. Attached as **Exhibit B** is a true and correct copy of the assignment record on the USPTO Assignments website for U.S. Patent No. 9,143,410.

4. Attached as **Exhibit C** is a true and correct copy of excerpts from the VMware, Inc. 2015 Form 10-K (https://www.sec.gov/Archives/edgar/data/1124610/000112461016000040/vmw-1231201510xk.htm).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 3, 2025, at New York, NY.

*/s/ Steven J. Rizzi*
Steven J. Rizzi
