# Exhibit A

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| ***Notice of References Cited*** | | 12/907,687 | HUANG ET AL. |
| | | Examiner | Art Unit | Page 1 of 2 |
| | | BRADLEY TEETS | 4143 | |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-5,875,320 A | 02-1999 | Gu, Weiming | 713/375 |
| * | B | US-2002/0095610 A1 | 07-2002 | Nunomura, Yasuhiro | 713/322 |
| * | C | US-6,625,751 B1 | 09-2003 | Starovic et al. | 714/11 |
| * | D | US-6,832,367 B1 | 12-2004 | Choi et al. | 717/130 |
| * | E | US-2006/0085785 A1 | 04-2006 | Garrett, Steven Harold | 718/001 |
| * | F | US-2008/0028145 A1 | 01-2008 | Lecomte et al. | 711/114 |
| * | G | US-2008/0244535 A1 | 10-2008 | Nelson et al. | 717/129 |
| * | H | US-2009/0070761 A1 | 03-2009 | Zhao, Yu | 718/1 |
| * | I | US-2009/0089879 A1 | 04-2009 | Wang et al. | 726/24 |
| * | J | US-2009/0119665 A1 | 05-2009 | Venkitachalam et al. | 718/1 |
| * | K | US-2009/0119538 A1 | 05-2009 | SCALES et al. | 714/6 |
| * | L | US-2010/0037089 A1 | 02-2010 | Krishnan et al. | 714/5 |
| * | M | US-2010/0107158 A1 | 04-2010 | CHEN et al. | 718/1 |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)               **Notice of References Cited**               Part of Paper No. 20120712

| | | Notice of References Cited | | Application/Control No. 12/907,687 | Applicant(s)/Patent Under Reexamination HUANG ET AL. | |
|---|---|---|---|---|---|---|
| | | | | Examiner BRADLEY TEETS | Art Unit 4143 | Page 2 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2010/0153945 A1 | 06-2010 | BANSAL et al. | 718/1 |
| * | B | US-7,779,424 B2 | 08-2010 | Cherkasova et al. | 719/321 |
| * | C | US-7,797,682 B2 | 09-2010 | Stocker, Thomas | 717/126 |
| * | D | US-2010/0287421 A1 | 11-2010 | Golowner et al. | 714/55 |
| * | E | US-2011/0022812 A1 | 01-2011 | van der Linden et al. | 711/163 |
| * | F | US-2011/0142053 A1 | 06-2011 | Van Der Merwe et al. | 370/395.1 |
| * | G | US-8,020,041 B2 | 09-2011 | Huang et al. | 714/11 |
| * | H | US-8,060,875 B1 | 11-2011 | Lambeth, Walter Andrew | 718/1 |
| * | I | US-8,146,078 B2 | 03-2012 | Bennett et al. | 718/1 |
| * | J | US-2012/0096205 A1 | 04-2012 | Velayudhan et al. | 710/260 |
| * | K | US-8,209,681 B1 | 06-2012 | Turner et al. | 718/1 |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.