# Exhibit B

# Assignment abstract of title for Application 13333689

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| Techniques for Monitoring Guest Domains Configured with Alternate I/O Domains Sajith C. Radhakrishnan, Venkatareddy Chappavarapu | 9143410 Sep 22, 2015 | | 13333689 Dec 21, 2011 | | |

## Assignments (13 total)

### Assignment 13

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 069712/0090 | Dec 9, 2024 | Dec 16, 2024 | 1757 | 263 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

Assignors
ACQUIOM AGENCY SERVICES LLC, AS COLLATERAL AGENT

Correspondent
JAY DASILVA
1025 CONNECTICUT AVENUE NW
SUITE 712
WASHINGTON, DC 20036

Assignee
VERITAS TECHNOLOGIES LLC (F/K/A VERITAS US IP HOLDINGS LLC)
2625 AUGUSTINE DRIVE
SANTA CLARA, CALIFORNIA 95054

### Assignment 12

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 069634/0584 | Dec 9, 2024 | Dec 13, 2024 | 1856 | 209 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

Assignors
WILMINGTON TRUST, NATIONAL ASSOCIATION, AS NOTES COLLATERAL AGENT

Correspondent
JAY DASILVA
1025 CONNECTICUT AVENUE NW
SUITE 712
WASHINGTON, DC 20036

Assignee
VERITAS TECHNOLOGIES LLC
2625 AUGUSTINE DRIVE
SANTA CLARA, CALIFORNIA 95054

### Assignment 11

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 069563/0243 | Dec 9, 2024 | Dec 10, 2024 | 528 | 80 |

Conveyance
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| ARCTERA US LLC | MICHELLE BRAMWELL<br>ONE FEDERAL STREET<br>C/O MORGAN, LEWIS & BOCKIUS LLP<br>BOSTON, MA 02110 |

Assignee
BANK OF AMERICA, N.A., AS COLLATERAL AGENT
NC1-026-06-09, GATEWAY VILLAGE-900 BUILDING, 900 W TRADE ST
CHARLOTTE, NORTH CAROLINA 28255

### Assignment 10

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 069585/0150 | Dec 9, 2024 | Dec 10, 2024 | 529 | 77 |

Conveyance
PATENT SECURITY AGREEMENT

| Assignors | Correspondent |
|---|---|
| ARCTERA US LLC | KHADIJAH SAMPSON<br>1025 CONNECTICUT AVE NW, SUITE 712<br>COGENCY GLOBAL INC.<br>WASHINGTON, DC 20036 |

Assignee
WILMINGTON TRUST, NATIONAL ASSOCIATION, AS COLLATERAL AGENT
50 SOUTH SIXTH STREET, SUITE 1290
MINNEAPOLIS, MINNESOTA 55402

### Assignment 9

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 069548/0468 | Dec 6, 2024 | Dec 9, 2024 | 557 | 77 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| VERITAS TECHNOLOGIES LLC | ALSTON & BIRD LLP<br>1120 SOUTH TRYON STREET<br>SUITE 300<br>CHARLOTTE, NC 28203-6818 |

Assignee
ARCTERA US LLC
6200 STONERIDGE MALL ROAD
SUITE 150
PLEASANTON, CALIFORNIA 94588

## Assignment 8

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 069440/0084 | Nov 22, 2024 | Nov 25, 2024 | 1845 | 272 |

Conveyance
ASSIGNMENT OF SECURITY INTEREST IN PATENT COLLATERAL

Assignors
BANK OF AMERICA, N.A., AS ASSIGNOR

Correspondent
MRS. JESSICA BAJADA-BARTLETT
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Assignee
ACQUIOM AGENCY SERVICES LLC, AS ASSIGNEE
950 17TH STREET
SUITE 1400
DENVER, COLORADO 80202

## Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 054535/0814 | Nov 27, 2020 | Nov 30, 2020 | 1754 | 110 |

Conveyance
TERMINATION AND RELEASE OF SECURITY IN PATENTS AT R/F 037891/0726

Assignors
WILMINGTON TRUST, NATIONAL ASSOCIATION, AS COLLATERAL AGENT

Correspondent
LATHAM & WATKINS LLP, C/O JESSICA BAJADA-SILVA
885 THIRD AVENUE
NEW YORK, NY 10022

Assignee
VERITAS US IP HOLDINGS, LLC
500 EAST MIDDLEFIELD ROAD
MOUNTAIN VIEW, CALIFORNIA 94043

## Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 054370/0134 | Aug 20, 2020 | Aug 20, 2020 | 1856 | 210 |

Conveyance
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
VERITAS TECHNOLOGIES LLC

Correspondent
KATE MIRINO
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Assignee
WILMINGTON TRUST, NATIONAL ASSOCIATION, AS NOTES COLLATERAL AGENT
1100 NORTH MARKET STREET
WILMINGTON, DELAWARE 19890

## Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 038455/0752 | Mar 29, 2016 | Apr 18, 2016 | 1395 | 41 |

Conveyance
MERGER AND CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

Assignors
VERITAS US IP HOLDINGS LLC
VERITAS TECHNOLOGIES LLC

Correspondent
ALSTON & BIRD LLP
BANK OF AMERICA PLAZA
101 SOUTH TRYON STREET, SUITE 4000
CHARLOTTE, NC 28280-4000

Assignee
VERITAS TECHNOLOGIES LLC
500 EAST MIDDLEFIELD ROAD
MOUNTAIN VIEW, CALIFORNIA 94043

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037891/0001 | Jan 29, 2016 | Feb 23, 2016 | 1757 | 262 |

Conveyance
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
VERITAS US IP HOLDINGS LLC

Correspondent
GENEVIEVE DORMENT, ESQ.
SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Assignee
BANK OF AMERICA, N.A., AS COLLATERAL AGENT
900 WEST TRADE STREET
CHARLOTTE, NORTH CAROLINA 28255-0001

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037891/0726 | Jan 29, 2016 | Feb 23, 2016 | 1757 | 262 |

Conveyance
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
VERITAS US IP HOLDINGS LLC

Correspondent
GENEVIEVE DORMENT, ESQ.
SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Assignee
WILMINGTON TRUST, NATIONAL ASSOCIATION, AS COLLATERAL AGENT
246 GOOSE LANE #105
GUILFORD, CONNECTICUT 06437

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037697/0412 | Jan 29, 2016 | Feb 4, 2016 | 1395 | 277 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| SYMANTEC CORPORATION | ALSTON & BIRD LLP<br>BANK OF AMERICA PLAZA<br>101 SOUTH TRYON STREET, SUITE 4000<br>CHARLOTTE, NC 28280-4000 |

Assignee
VERITAS US IP HOLDINGS LLC
500 EAST MIDDLEFIELD ROAD
MOUNTAIN VIEW, CALIFORNIA 94943

**Assignment 1**

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 027451/0232 | Dec 21, 2011 | Dec 28, 2011 | 1 | 6 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| RADHAKRISHNAN, SAJITH C. KUNNATHU<br>CHAPPAVARAPU, VENKATAREDDY | THOMAS E. ANDERSON<br>1875 PENNSYLVANIA AVENUE<br>WILMERHALE<br>WASHINGTON, DC 20006 |

Assignee
SYMANTEC CORPORATION
350 ELLIS STREET
MOUNTAIN VIEW, CALIFORNIA 94043