UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETFLIX, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BROADCOM INC.; VMWARE LLC,<br><br>　　　　　　　　　　Defendants. | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND STAY DISCOVERY PENDING DETERMINATION OF THEIR MOTION TO DISMISS**<br><br>Case No. 5:24-cv-09324-PCP |

　　Pending before the Court is Defendants' Motion to Continue the Case Management Conference and Stay Discovery Pending Determination of Their Motion to Dismiss. Having considered the papers submitted, **IT IS HEREBY ORDERED THAT** the motion is **DENIED** in its entirety.

　**IT IS SO ORDERED.**

Dated:_____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable P. Casey Pitts
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE