UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> BROADCOM INC., VMWARE LLC <br><br> Defendants. | Case No. 5:24-cv-09324-PCP <br><br> [PROPOSED] JUDGMENT |

In view of the Court's order of August 8, 2025, dismissing plaintiff Netflix's First Amended Complaint, Dkt. No. 79, and the parties' joint stipulation of dismissal with prejudice of all claims in Netflix's Second Amended Complaint, Dkt. No. 80, and pursuant to Federal Rule of Civil Procedure 58, judgment is entered against plaintiff Netflix Inc.

**IT IS SO ORDERED.**

Dated: September 19, 2025

P. Casey Pitts
United States District Judge