**FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)**   Form 1   March 2023

# UNITED STATES

# DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed:  5:24-cv-09324-PCP

Case title being appealed:  Netflix, Inc.    v.  Broadcom Inc. et al.

Date of final judgment or order being appealed:  09/19/2025

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Netflix, Inc.

Date: 09/26/2025

Signature: /s/ Rachael Lamkin

Name: Rachael Lamkin

Address: Baker Botts L.L.P.

101 California Street, Suite 3200

San Francisco, CA 94111

Phone Number: 415-291-6264

Email Address: rachael.lamkin@bakerbotts.com